*[handwritten note at top right: "Leave to file granted. RJL"]*

RECEIVED
[stamp date illegible]
JUDGE RICHARD LEON

593 Vanderbilt Avenue – #281
Brooklyn, New York 11238
Telephone: (845) 901-6767
Email: uncasvotes2@yahoo.com
Christopher-Earl: Strunk © in esse

Honorable David O. Carter
Judge, United States District Court
Central District of California, Southern Division
411 West Fourth Street, Courtroom 9D
Santa Ana, CA 92701-4516

Re: *Barnett, et al v. Obama, et al*, Case No. 8:09-cv-00082
Subject: Request for permission to transfer with the 28 USC §1407 Multidistrict matter *Strunk v US DOS et al.* DCD 08-cv-2234 (RJL) with demand for Quo Warranto inquest of Barack Hussein Obama (a.k.a. Barry Soetoro).

The Honorable Judge Carter,

I am the Plaintiff, Christopher-Earl: Strunk © in esse, in the related Case and make this statement under penalty of perjury pursuant to 28 USC 1746. Declarant is self-represented in the above civil action on-going in Washington District of Columbia before U.S. District Judge Richard J. Leon. Judge Leon ordered a stay of discovery pending a decision on my Quo Warranto demand for an inquest of multi-allegiance facts associated with the August 4, 1961 birth of Barack Hussein Obama Jr., a.k.a. Barry Soetoro (the Usurper). That I duly fired the Usurper on January 22, 2009 because the Usurper is unqualified to act with my power of attorney as the Usurper has more than one allegiance at birth by his own admission; and therefore, with dual allegiance is ineligible to hold the office of President according to U.S. Constitution Article II Section 2 Clause 5, because the Usurper is not a natural-born-citizen without two U.S. Citizen parents on August 4, 1961. Of further prima facie importance to the inquest are facts filed before this Court for verification that prove the Usurper is not even a native-born-citizen either, and thereby triggers review of facts as to Usurper's naturalized citizen status also if proper allegiance filing is absent upon entry into Hawaii as a citizen of Indonesia.

I am familiar with the facts associated with the referenced cases as each are related and subject to consolidation here as an urgent matter of National Security before this Court and that the U.S. Government has argued that any Quo Warranto be done in Washington District of Columbia and I urge herein applies with a Multi-district Judicial Panel accordingly. A copy of this request has been sent to Counsels and Court in both cases. Respectfully yours,

Date: October 7 2009
Brooklyn New York

Christopher-Earl: Strunk © in esse

cc: Judge Richard J. Leon
   Brigham John Bowen, AUSA brigham.bowen@usdoj.gov
   Roger E. West AUSA roger.west4@usdoj.gov
   Charles Edward Lincoln, III, Esq. charles.lincoln@rocketmail.com
   Dr. Orly Taitz, Esq. dr_taitz@yahoo.com