**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**                    Case No.: **08-CV-2234**

---------------------------------------------------------------x
                                                          :         **(RJL)**
CHRISTOPHER-EARL: STRUNK in esse,                         :
                                        Plaintiff,        :
v.                                                        :
                                                          :
US DEPARTMENT OF STATE ET AL.                             :        **NOTICE OF**
                                                          :
                                       Defendants.        :        **APPEAL**
---------------------------------------------------------------x

Christopher Earl Strunk, Plaintiff pro se, hereby appeals from each and every part of the interlocutory Order with Memorandum and Decision of Judge Richard J. Leon dated March 17, 2010 to dismiss the Complaint as to the Department of Homeland Security and Barack Hussein Obama. This appeal is in regards to the permanent stay of discovery as to Barack Hussein Obama who received an Official Passport upon becoming a U.S. Senator in 2006 which is a matter of public information as of right, and is being requested as an emergency appeal, on an expedited basis.

Dated: March 23, 2010         _____
       Brooklyn New York
                              Christopher-Earl: Strunk in esse
                              593 Vanderbilt Avenue, #281
                              Brooklyn, New York 11238
                              845 901-6767, chris@strunk.ws

Eric Holder, U.S. Attorney General
c/o Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
For: U.S. DEPT. OF STATE