APPEAL, PROSE–NP, TYPE–I

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08–cv–02234–RJL
### *Internal Use Only*

| | |
|---|---|
| STRUNK v. U.S. DEPARTMENT OF STATE | Date Filed: 12/29/2008 |
| Assigned to: Judge Richard J. Leon | Jury Demand: Plaintiff |
| Cases: 1:09–cv–01295–RJL | Nature of Suit: 895 Freedom of Information Act |
| 1:10–cv–00066–RJL | |
| Cause: 05:552 Freedom of Information Act | Jurisdiction: U.S. Government Defendant |

**Plaintiff**

**CHRISTOPHER EARL STRUNK**                    represented by **CHRISTOPHER EARL STRUNK**
593 Vanderbilt Avenue
Apartment 281
Brooklyn, NY 11238
(845) 901–6767
PRO SE

V.

**Defendant**

**U.S. DEPARTMENT OF STATE**                    represented by **Brigham John Bowen**
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
(202) 514–6289
Fax: (202) 616–8460
Email: brigham.bowen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wynne Patrick Kelly**
U.S. ATTORNEY'S OFFICE
555 Fourth Street, NW
Washington, DC 20530
(202) 305–7107
Email: wynne.kelly@usdoj.gov
*TERMINATED: 02/02/2009*
*LEAD ATTORNEY*

**Defendant**

**U.S. DEPARTMENT OF HOMELAND SECURITY**                    represented by **Brigham John Bowen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 12/29/2008 | 1 | | COMPLAINT against U.S. DEPARTMENT OF STATE (Filing fee $ 0.00) filed by CHRISTOPHER EARL STRUNK. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(jf, ) (Entered: 01/03/2009) |
| 12/29/2008 | | | SUMMONS Not Issued as to U.S. DEPARTMENT OF STATE (jf, ) (Entered: 01/03/2009) |
| 12/29/2008 | 2 | | MOTION for Leave to Proceed in forma pauperis by CHRISTOPHER EARL STRUNK (jf, ) (Entered: 01/03/2009) |
| 12/29/2008 | | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Judge Henry H. Kennedy on 12/23/08. "Leave to file without prepayment of cost granted" (jf, ) (Entered: 01/03/2009) |
| 01/02/2009 | 4 | | SUMMONS Returned Executed U.S. Attorney served on 12/31/2008, answer due 1/30/2009. (tg, ) (Entered: 01/05/2009) |
| 01/05/2009 | 3 | | NOTICE of Appearance by Wynne Patrick Kelly on behalf of U.S. DEPARTMENT OF STATE (Kelly, Wynne) (Entered: 01/05/2009) |
| 01/13/2009 | 5 | | SUMMONS Returned Executed U.S. DEPARTMENT OF STATE served on 1/9/2009, answer due 2/9/2009. (jf, ) (Entered: 01/14/2009) |
| 01/26/2009 | 6 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 1/8/09. (jf, ) (Entered: 01/26/2009) |
| 01/27/2009 | 7 | | First MOTION for Extension of Time to File Answer *or otherwise respond to Plaintiff's complaint* by U.S. DEPARTMENT OF STATE (Attachments: # 1 Text of Proposed Order)(Kelly, Wynne) (Entered: 01/27/2009) |
| 01/28/2009 | | | ORDER granting 7 Motion for Extension of Time to Answer. U.S. DEPARTMENT OF STATE answer due 3/31/2009. Signed by Judge Richard J. Leon on 1/28/09. (lcrjl2) (Entered: 01/28/2009) |
| 01/28/2009 | | | Set/Reset Deadlines: US Department of State Answer due by 3/31/2009, (kc) (Entered: 01/28/2009) |
| 02/02/2009 | 8 | | NOTICE OF SUBSTITUTION OF COUNSEL by Brigham John Bowen on behalf of U.S. DEPARTMENT OF STATE Substituting for attorney Wynne Patrick Kelly (Bowen, Brigham) (Entered: 02/02/2009) |
| 02/10/2009 | 9 | | AMENDED COMPLAINT against U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF STATE filed by CHRISTOPHER EARL STRUNK. (received on |

| | | | |
|---|---|---|---|
| | | | 2/10/09 )(jf, ) (Entered: 02/11/2009) |
| 02/13/2009 | 10 | | MOTION for Reconsideration re ORDER granting 7 Motion for Extension of Time to Answer. U.S. DEPARTMENT OF STATE answer due 3/31/2009 by CHRISTOPHER EARL STRUNK (Attachments: # 1 Exhibit) "Leave to file granted" by Judge Richard J. Leon(jf, ) (Entered: 02/13/2009) |
| 02/19/2009 | 11 | | Memorandum in opposition to re 10 MOTION for Reconsideration re Order on Motion for Extension of Time to Answer filed by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Text of Proposed Order)(Bowen, Brigham) (Entered: 02/19/2009) |
| 02/22/2009 | | | ORDER denying 10 Motion for Reconsideration. Signed by Judge Richard J. Leon on 02/22/09. (lcrjl2) (Entered: 02/22/2009) |
| 02/27/2009 | | | SUMMONS (4) Issued as to U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. Attorney and U.S. Attorney General (jf, ) (Entered: 03/03/2009) |
| 03/05/2009 | | | Leave to File Denied by Richard J. Leon. Plaintiff's Surreply Declaration in support of plaintiff's notice of motion for reconsideration of the order granting defendant's first motion for extension of time to answer or otherwise respond to the complaint. (jf) (Entered: 03/06/2009) |
| 03/12/2009 | 12 | | SUMMONS Returned Executed U.S. DEPARTMENT OF STATE served on 3/10/2009, answer due 4/9/2009; U.S. DEPARTMENT OF HOMELAND SECURITY served on 3/10/2009, answer due 4/9/2009, RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney, served on 3/10/2009, answer due 4/9/2009 (jf, ) (Entered: 03/12/2009) |
| 03/19/2009 | | | Leave to File Denied by Judge Richard J. Leon. Plaintiff's Notice of Motion for Recusal. (jf) (Entered: 03/19/2009) |
| 03/19/2009 | 13 | | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 5/13/09. (jf, ) (Entered: 03/20/2009) |
| 03/25/2009 | 14 | | Second MOTION for Extension of Time to File Answer *or Otherwise Respond* by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Text of Proposed Order)(Bowen, Brigham) (Entered: 03/25/2009) |
| 04/02/2009 | | | ORDER granting 14 Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Amended Complaint. Signed by Judge Richard J. Leon on 04/02/09. (lcrjl2) (Entered: 04/02/2009) |

| 04/09/2009 | 15 | | Consent MOTION for Extension of Time to File Answer re 9 Amended Complaint by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Text of Proposed Order)(Bowen, Brigham) (Entered: 04/09/2009) |
|---|---|---|---|
| 04/16/2009 | | | MINUTE ORDER granting 15 Motion for Extension of Time to Answer or Otherwise to Respond to Plaintiff's Amended Complaint. Answer or Response due 4/23/2009. Signed by Judge Richard J. Leon on 04/16/09. (lcrjl2) (Entered: 04/16/2009) |
| 04/17/2009 | | | Set/Reset Deadlines: Answer or response due by 4/23/2009, (kc) (Entered: 04/17/2009) |
| 04/23/2009 | 16 | | MOTION to Dismiss *(Partial)* by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Exhibit A (Oct. 16, 2008 FOIA Request), # 2 Exhibit B (Nov. 22, 2008 FOIA Request), # 3 Exhibit C (Dec. 25, 2008 FOIA Request), # 4 Exhibit D (1st DOS Ltr., Jan. 12, 2009), # 5 Exhibit E (2nd DOS Ltr., Jan. 12, 2009), # 6 Exhibit F (Pl.'s Decl., Nov. 22, 2009), # 7 Text of Proposed Order)(Bowen, Brigham) (Entered: 04/23/2009) |
| 04/23/2009 | 17 | | ANSWER to 9 Amended Complaint by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY. Related document: 9 Amended Complaint filed by CHRISTOPHER EARL STRUNK.(Bowen, Brigham) (Entered: 04/23/2009) |
| 04/28/2009 | 18 | | ORDERED that, on or before June 1, 2009, the plaintiff shall file his opposition or response to the defendants' partial motion to dismiss. If the plaintiff fails to respond timely, the Court may grant the defendants' motion as conceded. Signed by Judge Richard J. Leon on 4/27/09. (kc) (Entered: 04/28/2009) |
| 06/01/2009 | 19 | | Memorandum in opposition to re 16 MOTION to Dismiss *(Partial)* filed by CHRISTOPHER EARL STRUNK. (Attachments: # 1 Exhibit)(jf, ) (Entered: 06/05/2009) |
| 06/01/2009 | | | DEMAND for Trial by Jury by CHRISTOPHER EARL STRUNK. (See Docket Entry 19 to view document) (jf, ) (Entered: 06/05/2009) |
| 06/08/2009 | 20 | | REPLY to opposition to motion re 16 MOTION to Dismiss *(Partial)* MOTION to Dismiss *(Partial)* filed by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Text of Proposed Order)(Bowen, Brigham) (Entered: 06/08/2009) |
| 06/09/2009 | 21 | | MOTION to Stay *Discovery* by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY (Attachments: # 1 Text of Proposed Order)(Bowen, Brigham) (Entered: 06/09/2009) |

| 06/09/2009 | 22 | | RESPONSE re Jury Demand : *Opposition to Jury Demand* filed by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Text of Proposed Order)(Bowen, Brigham) (Entered: 06/09/2009) |
| --- | --- | --- | --- |
| 06/15/2009 | 23 | | Memorandum in opposition to re 21 MOTION to Stay *Discovery* filed by CHRISTOPHER EARL STRUNK. (jf, ) (Entered: 06/16/2009) |
| 06/15/2009 | 24 | | REPLY to Defendants' Reponse to Plaintiff's notice of cross motion of quo warranto demand for jury trial re Jury Demand filed by CHRISTOPHER EARL STRUNK. (jf, ) (Entered: 06/16/2009) |
| 06/19/2009 | 25 | | REPLY to opposition to motion re 21 MOTION to Stay *Discovery* filed by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY. (Bowen, Brigham) (Entered: 06/19/2009) |
| 06/19/2009 | 26 | | MINUTE ORDER granting 21 Motion to Stay Discovery. No Discovery shall take place until further order of the Court. Signed by Judge Richard J. Leon on 06/19/09. (lcrjl2) (Entered: 06/19/2009) |
| 10/21/2009 | 27 | | Letter from Christopher Earl Strunk. "Leave to file granted" by Judge Richard J. Leon (jf, ) (Entered: 10/22/2009) |
| 11/19/2009 | 28 | | MEMORANDUM by U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY. (Attachments: # 1 Exhibit Exhibit A – Strunk Nov. 4, 2009 Judicial Notice, # 2 Exhibit Exhibit B – Strunk Nov. 10, 2009 Judicial Notice, # 3 Text of Proposed Order)(Bowen, Brigham) (Entered: 11/19/2009) |
| 02/19/2010 | 29 | | NOTICE OF SUPPLEMENTAL AUTHORITY by U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. DEPARTMENT OF STATE (Attachments: # 1 Exhibit Allen v. Dept of Homeland Security, No. CV–09–373 (D. Ariz. February 1, 2010))(Bowen, Brigham) (Entered: 02/19/2010) |
| 03/16/2010 | 30 | | MEMORANDUM OPINION. Signed by Judge Richard J. Leon on 3/15/10. (kc) (Entered: 03/16/2010) |
| 03/16/2010 | 31 | 8 | ORDER, For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that defendants' partial motion to dismiss 16 is GRANTED, and plaintiff's amended complaint is DISMISSED IN PART to the extent that plaintiff seeks of information pertaining to Barack Hussein Obama; it is FURTHER ORDERED that plaintiff's request for mandamus relief and for an other relief not available under the Freedom of Information Act,including all forms of relief requested in his "Notice of Cross Motion of Quo Warranto Demand for Jury Trial and Decision on Question of First Impression in Response in Opposition to |

| | | | |
|---|---|---|---|
| | | | Defendant's Partial Motion to Dismiss Plaintiff's Amended Complaint as to Alleged POTUS : Barack Hussein Obama in Esse" and supporting documents 19 , are DENIED; it is FURTHER ORDERED that defendants' request for a stay of discovery is GRANTED; and it is FURTHER ORDERED that, not later than May 3, 2010, the parties shall file a joint porposed schedule to govern future porceedings in this action. SO ORDERED Signed by Judge Richard J. Leon on 3/15/10. (see order.) (kc ) (Entered: 03/16/2010) |
| 03/24/2010 | 32 | 7 | NOTICE OF INTERLOCUTORY APPEAL as to 31 Order on Motion to Dismiss,,,, by CHRISTOPHER EARL STRUNK. Fee Status: IFP. Parties have been notified. (jf, ) (Entered: 03/25/2010) |

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**          Case No.: **08-CV-2234**

------------------------------------------------------------------------x
:                          **(RJL)**
CHRISTOPHER-EARL: STRUNK in esse,
                                    Plaintiff,        :

v.                                                    :

                                                      :
US DEPARTMENT OF STATE ET AL.                         :          **NOTICE OF**

                                                      :
                                    Defendants.   :          **APPEAL**
------------------------------------------------------------------------x

Christopher Earl Strunk, Plaintiff pro se, hereby appeals from each and every part of the

interlocutory Order with Memorandum and Decision of Judge Richard J. Leon dated

March 17, 2010 to dismiss the Complaint as to the Department of Homeland Security and

Barack Hussein Obama. This appeal is in regards to the permanent stay of discovery as to

Barack Hussein Obama who received an Official Passport upon becoming a U.S. Senator

in 2006 which is a matter of public information as of right, and is being requested as an

emergency appeal, on an expedited basis.

Dated: March 23, 2010
       Brooklyn New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue, #281
Brooklyn, New York 11238
845 901-6767, chris@strunk.ws

Eric Holder, U.S. Attorney General
c/o Brigham John Bowen, AUSA
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530
For:  U.S. DEPT. OF STATE

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | Civil Action No. 08-2234 (RJL) |
| ) | |
| UNITED STATES DEPARTMENT  ) | |
| OF STATE, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |
| ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' partial motion to dismiss [Dkt. #16] is GRANTED, and

plaintiff's amended complaint is DISMISSED IN PART to the extent that plaintiff seeks of

information pertaining to Barack Hussein Obama; it is

FURTHER ORDERED that plaintiff's requests for mandamus relief and for any other

relief not available under the Freedom of Information Act, including all forms of relief requested

in his "Notice of Cross Motion of Quo Warranto Demand for Jury Trial and Decision on

Question of First Impression in Response in Opposition to Defendant's Partial Motion to Dismiss

Plaintiff's Amended Complaint as to Alleged POTUS: Barack Hussein Obama In Esse" and

supporting documents [Dkt. #19], are DENIED; it is

FURTHER ORDERED that defendants' request for a stay of discovery is GRANTED;

and it is

1

FURTHER ORDERED that, not later than **May 3, 2010**, the parties shall file a joint

proposed schedule to govern future proceedings in this action.

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE:

3/15/10

2