## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
                                    )
Christopher-Earl: Strunk © in esse, )
593 Vanderbilt Ave. – 281 Brooklyn 11238 )
                                    )
                       Plaintiff,   )
                                    )
v                                   )       Civil Action No.: 08-2234 (RJL)
                                    )
U.S. DEPARTMENT OF STATE et al      )
                                    )
                       Defendants.  )
                                    )
------------------------------------x
```

## NOTICE OF MOTION FOR AN ORDER OF THE DEPARTMENT OF STATE TO RELEASE THE FOIA REQUESTED INFORMATION OF STANLEY-ANN DUNHAM

**PLEASE TAKE NOTICE** that upon the annexed declaration of Christopher-Earl . Strunk in

esse, by Special-Appearance on May 1, 2010, will move this Court for the release of FOIA

documents for Stanley-Ann: Dunham in its entirety by order of the Honorable Richard J. Leon,

U.S.D.J, at a time afforded by the Court if necessary at the United States Courthouse, at 333

Constitution Avenue, NW, Washington, DC 20001, on the day and month in 2009 [2010], at a time

and courtroom designated by the court, or as soon thereafter as counsel can be heard

Dated: May 1, 2010
Brooklyn New York

**Christopher-Earl: Strunk ©in esse**
**593 Vanderbilt Avenue #281**
**Brooklyn, New York 11238**
**Email: chris@strunk.ws  Ph. 845-901-6767**

cc:
Brigham John Bowen
U.S. DEPARTMENT OF JUSTICE
20 Massachusetts Avenue, NW
Washington, DC 20530

**RECEIVED**

MAY - 4 2010

Clerk, U.S. District and
Bankruptcy Courts

Strunk v US Department of State et al. DCD 08-cv-2234

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

```
------------------------------------x
                                    )
Christopher-Earl: Strunk © in esse, )
593 Vanderbilt Ave. – 281 Brooklyn 11238 )
                                    )
                       Plaintiff,   )
                                    )
v.                                  )          Civil Action No.: 08-2234 (RJL)
                                    )
U.S. DEPARTMENT OF STATE et al      )
                                    )
                       Defendants.  )
                                    )
------------------------------------x
```

## STRUNK DECLARATION IN SUPPORT OF THE NOTICE OF MOTION FOR AN ORDER OF THE DEPARTMENT OF STATE TO RELEASE THE FOIA INFORMATION REQUESTED FOR STANLEY-ANN DUNHAM

I, **Christopher-Earl: Strunk © in esse,** declare under penalty of perjury, pursuant to 28 U.S.C. §1746 as follows:

1    That Declarant makes this Declaration in Support of the Notice of Motion for an Order of The Department of State to release the FOIA Information requested for Stanley-Ann Dunham material within the timeframes specified in the Amended Complaint.

2    That Declarant in keeping with the order issued by the Court on March 16, 2010 (see **Exhibit A**) has complied with the Defendant's request that they be scheduled for a Summary Judgment (see **Exhibit B**).

3    I see no order of the recalcitrant Department of State to comply with the turnover of information requested and since they arrogantly refused to respond to Declarant's October and November 2008 requests that in the first instance DOS must be held as the hostile party herein.

4.  The Court must find for Plaintiff by ordering that the Department of State comply with the request in which the Court has not done in the Order shown as Exhibit A thereby lets the DOS off the hook and no matter what Mr Bowen states to me in our phone conversations He would not make a commitment or disclose what the DOS intends to do; as such so far in this case Plaintiff is concerned that there is no downside for the DOS without an Order from this Court to clarify what it expects of the DOS

5.  That the DOS shall release any and all records of Stanley Ann Dunham, a/k/a Ann Dunham a/k/a Stanley Ann Obama a/k/a Ann Obama a/k/a Stanley Ann Soetoro a/k/a Ann Soetoro a/k/a Stanley Ann Sutoro a/k/a Ann Sutoro a/k/a Stanley Ann Dunham Obama a/k/a Ann Dunham Obama, born November 29, 1942 in Kansas. U.S., a.k.a in that Stanley Ann Dunham Obama and who died on November 7, 1995 under the name Stanley Ann Dunham Soetoro (a.k.a. Sutoro), SSN: 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; and Declarant is entitled to the release of the documents on or before July 29, 2010 as to the following:

   a)  Any and all U.S. Applications for a U.S. Passport,

   b)  Entry and Exit Passport Records pertaining to the United States and Kenya from the period of time of January 01, 1960 to December 31, 1975 and January 1, 1979 to December 31, 1985;

   c)  Entry and Exit Passport Records pertaining to the United States and Indonesia from the period of time of January 01, 1960 to December 31, 1973 and January 1, 1979 to December 31, 1985,

   d)  The above travel records on for the dates specified traveling on a U.S. Passport, Kenyan Passport, Indonesian Passport or any other foreign passport and/or visa;

Strunk v US Department of State et al. DCD 08-cv-2234

6.  Therefore, Declarant request an order (proposed order annexed herewith) be issued to

coincide with my agreement to allow Mr. Bowen to enter a Summary Judgment as shown in

Exhibit B

Dated: May _1_ , 2010
Brooklyn New York

Christopher-Earl: Strunk ©in esse
593 Vanderbilt Avenue #281
Brooklyn, New York 11238
Email: chris@strunk.ws  Ph. 845-901-6767

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER EARL STRUNK,                )
                                        )
            Plaintiff,                  )
                                        )
        v.                              )        Civil Action No. 08-2234 (RJL)
                                        )
UNITED STATES DEPARTMENT                )
OF STATE, *et al.*,                     )
                                        )
            Defendants.                 )
                                        )

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' partial motion to dismiss [Dkt. #16] is GRANTED, and

plaintiff's amended complaint is DISMISSED IN PART to the extent that plaintiff seeks of

information pertaining to Barack Hussein Obama; it is

FURTHER ORDERED that plaintiff's requests for mandamus relief and for any other

relief not available under the Freedom of Information Act, including all forms of relief requested

in his "Notice of Cross Motion of Quo Warranto Demand for Jury Trial and Decision on

Question of First Impression in Response in Opposition to Defendant's Partial Motion to Dismiss

Plaintiff's Amended Complaint as to Alleged POTUS: Barack Hussein Obama In Esse" and

supporting documents [Dkt. #19], are DENIED; it is

FURTHER ORDERED that defendants' request for a stay of discovery is GRANTED;

and it is

1

**EXHIBIT A**

FURTHER ORDERED that, not later than **May 3, 2010**, the parties shall file a joint

proposed schedule to govern future proceedings in this action.

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE:

3/16/10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CHRISTOPHER EARL STRUNK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-2234 (RJL) |
| | ) |
| UNITED STATES DEPARTMENT | ) |
| OF STATE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

Plaintiff brings this action under the Freedom of Information Act ("FOIA), *see* 5 U.S.C. §

552, seeking information from the United States Departments of State "(State Department") and

Homeland Security ("DHS") about then President Elect Barack Hussein Obama and his late

mother, Stanley Ann Dunham. This matter is before the Court on defendants' partial motion to

dismiss, and the Court will grant the motion for the reasons discussed below.[1]

---

The Court summarily denies plaintiff's request for a writ of mandamus. Mandamus relief
is available only if: "(1) the plaintiff has a clear right to relief; (2) that defendant has a clear duty
to act; and (3) there is no other adequate remedy available to plaintiff." *Northern States Power
Co. v. U.S. Dep't of Energy*, 128 F.3d 754, 758 (D.C. Cir. 1997). In this action, plaintiff demands
the release of records maintained by federal government agencies, and an adequate remedy for a
request of this nature exists pursuant to the FOIA. 5 U.S.C. § 552(a)(4)(B); *see Pickering-
George v. Registration Unit, DEA/DOJ*, 553 F. Supp. 2d 3, 4 (D.D.C. 2008) ("The exclusive
nature of the FOIA precludes mandamus relief."); *see also Johnson v. Executive Office for U.S.
Attorneys*, 310 F.3d 771, 777 (D.C. Cir. 2002).

1

## I. BACKGROUND

### A. FOIA Requests to the State Department

#### 1. Stanley Ann Dunham

Plaintiff submitted a FOIA request to the State Department on October 17, 2008, Amd.

Compl. ¶ 12, seeking the following:

> [I]nformation or records related to Stanley Ann Dunham born
> November 29, 1942 at Fort Leavenworth KS. U.S., a.k.a. Stanley Ann
> Dunham Obama a.k.a. and who died on November 7, 1995 under the
> name Stanley Ann Dunham Soetoro (a.k.a. Sutoro) for any and or all
> exit and entry records for travel outside of the USA for the period
> between 1960 through 1963.

*Id.*, Ex. A. The State Department notified plaintiff that it did not maintain this type of

information, and referred plaintiff to the Bureau of Customs and Border Protection, a component

of the DHS. Defs.' Partial Mot. to Dismiss Pl.'s Amd. Compl. ("Defs.' Mot."), Ex. D at 1.

#### 2. Barack Hussein Obama

In his second FOIA request to the State Department, plaintiff sought information

pertaining not only to Stanley Ann Dunham but also to Barack Hussein Obama. With respect to

both subjects, plaintiff requested:

> 1.    any and all U.S. Applications for a U.S. Passport;
> 2.    entry and exit passport records pertaining to the United States
>       and Kenya between January 1, 1960 and December 31, 1975,
>       and between January 1, 1979 and December 31, 2005;
> 3.    entry and exit passport records pertaining to the United States
>       and Indonesia between January 1, 1960 and December 31,
>       1973, and between January 1, 1979 and December 31, 2005;
> 4.    records for travel on a U.S., Kenyan, Indonesian or other
>       foreign passport or visa;
> 5.    a foreign birth certificate registered or filed with the U.S.
>       Embassy in Kenya or Indonesia for Barack Obama;
> 6.    a foreign birth registry filed by Stanley Ann Dunham with the

2

7.

U.S. Embassy in Kenya or Indonesia for Barack Obama; and adoption records or other government records acknowledging Barack Obama as Lolo Soetoro's son.

*See* Compl., Ex. E at 1.

With respect to the request for the late Ms. Dunham's passport applications, the State Department notified plaintiff that it would process the request, to which it assigned case processing number 200807238. Defs.' Mot., Ex. E at 2. All other aspects of the request, assigned case control number 200807272, were denied because plaintiff did not comply with regulations for requests for information pertaining to living third parties. *Id.* at 3-4. Specifically, plaintiff did not submit Mr. Obama's authorization for release of his passport and similar records. *Id.* at 4.

### B. *FOIA Request to the DHS*

On December 26, 2008, plaintiff submitted a FOIA request to the DHS' Bureau of Customs and Border Protection ("CBP"). Compl. ¶ 22. He sought the same information from the DHS that he requested from the State Department. *See id.*, Ex. 1 at 1-2. Defendants' counsel represents that, on February 3, 2009, the CBP "informed [plaintiff] that it would not release records relating to [Mr.] Obama because DHS regulations . . . require privacy waivers before third-party records can be released," and that the CBP "released . . . responsive entry/exit records relating to [Mrs.] Dunham." Defs.' Mot. at 3.

Plaintiff believes that Barack Hussein Obama was born in Kenya, that his birth was registered in Hawaii, and that he, at most, is a naturalized United States citizen. *See* Amd. Compl. ¶ 36. For these reasons, plaintiff asserts that Mr. Obama "is not a U.S. 'natural born' citizen and [is] ineligible to serve as the United States President, pursuant to the United States

3

Constitution, Article II, Section 1, Clause 5." *Id.* ¶ 27.  Plaintiff claims to have "suffered an informational injury as a voter and member of public[,] and the lack of information on [Mr. Obama's] citizenship, caused by the State Department['s] action, limited the information available to [plaintiff] as a voter and impaired his ability to influence and inform the public and policymakers." *Id.* ¶ 57.  Plaintiff demands that the State Department and DHS release all the documents he requested, so that he may determine whether Mr. Obama is a natural born United States citizen, *see id.* ¶ 62, lest "an illegal candidate . . . serve as President of the United States." *Id.* ¶ 63.

## II.   DISCUSSION

Defendants move to dismiss the amended complaint to the extent it seeks records pertaining to Barack Obama, *see* Defs.' Mot. at 6, on the ground that plaintiff's FOIA requests did not comply with agency regulations.  *See id.* at 5, 6.

"[E]ach agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person." U.S.C. § 552(a)(3)(A).  "An agency's disclosure obligations are not triggered . . . until it has received a proper FOIA request in compliance with its published regulations." *Antonelli v. Fed. Bureau of Prisons*, 591 F. Supp. 2d 15, 26 (D.D.C. 2008) (citing 5 U.S.C. § 552(a)(3) and 552(a)(6)(A)(i)); *see Carbe v. Bureau of Alcohol, Tobacco and Firearms*, No.03-1658, 2004 WL 2051359, at *8 (D.D.C. Aug. 12, 2004) ("A proper FOIA request, once received, requires the government to search for responsive records and to release all that are not otherwise exempt.")  A requester's "failure to comply with an agency's FOIA regulations is the equivalent of a failure to exhaust"

4

administrative remedies. *West v. Jackson*, 448 F. Supp. 2d 207, 211 (D.D.C. 2006) (citations omitted).

"Exhaustion of administrative remedies is generally required before seeking judicial review" under FOIA. *Wilbur v. Central Intelligence Agency*, 355 F.3d 675, 677 (D.C. Cir. 2004) (per curiam). Exhaustion allows "the agency [] an opportunity to exercise its discretion and expertise on the matter and to make a factual record to support its decision." *Id.* (quoting *Oglesby v. United States Dep't of the Army*, 920 F.2d 57, 61 (D.C. Cir. 1990)). It is not a jurisdictional requirement, *Hidalgo v. Fed. Bureau of Investigation*, 344 F.3d 1256, 1258 (D.C. Cir. 2003), but instead is a prudential consideration. *Wilbur*, 355 F.3d at 677. If a requester has not exhausted his administrative remedies prior to the filing of a civil action, his claim is subject to dismissal. *See Hidalgo*, 344 F.3d at 1258.

State Department regulations require that "requests for records pertaining to another individual . . . *be accompanied by a written authorization for access by the individual, notarized or made under penalty of perjury*, or by proof that the individual is deceased (e.g., death certificate or obituary)." 22 C.F.R. § 171.12(a) (emphasis added). Similarly, DHS regulations require that requests for records about another individual include "*either a written authorization signed by that individual permitting disclosure of those records* . . . or proof that that individual is deceased (for example, a copy of a death certificate or an obituary)[.]" 5 C.F.R. § 5.3(a) (emphasis added).

Plaintiff "admits that Barack Hussein Obama . . . has not provided permission to release

documents[.]'" Pl.'s Aff.¶ 20.[2]  Rather, he steadfastly asserts his claims that Mr. Obama neither is

a natural born citizen of the United States nor is eligible to hold the office of President of the

United States.  *See generally* Pl.'s Aff.  Neither of these claims is relevant to this FOIA action,

the sole purpose of which is to determine whether defendants properly responded to plaintiff's

FOIA requests to the State Department and to the DHS.

It is clear on this record that plaintiff did not submit proper FOIA requests to the State

Department and to DHS because the requests did not include written authorization from Mr.

Obama for the release of information to plaintiff.  Plaintiff has failed to exhaust his

administrative remedies with respect to his requests for information about Mr. Obama, and these

claims will be dismissed.  *See Brown v. Fed. Bureau of Investigation*, __ F. Supp. 2d __, __,

2009 WL 5102713, at *4 (D.D.C. Dec. 28, 2009) (dismissing a FOIA claim against the FBI

because plaintiff failed to mail his request directly to the appropriate field office as is required

under agency regulations); *Thomas v. Fed. Comm'cns Comm'n*, 534 F.Supp.2d 144, 146

(D.D.C.2008) (granting summary judgment in the agency's favor "[i]n the absence of any

evidence that plaintiff submitted a proper FOIA request to which defendant would have been

obligated to respond").

---

[2]  In opposition to defendants' motion for partial dismissal, plaintiff filed a "Notice
of Cross Motion of Quo Warranto Demand for Jury Trial and Decision on Question of First
Impression in Response in Opposition to Defendant's Partial Motion to Dismiss Plaintiff's
Amended Complaint as to Alleged POTUS: Barack Hussein Obama In Esse" [Dkt. #19], to
which he attached a supporting memorandum of law and affidavit ("Pl.'s Aff.").  Plaintiff's
demand for a jury trial before a three-judge panel on matters pertaining to President Obama's
citizenship and eligibility to hold the office of the President of the United States is summarily
denied, as are all of his requests for relief not authorized under the FOIA.

## III.  CONCLUSION

The Court will grant defendant's partial motion to dismiss, and will direct the parties to submit a joint proposed schedule to govern future proceedings in this action.  An Order is issued separately.

RICHARD J. LEON
United States District Judge

DATE:

3/15/10

7

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER EARL STRUNK,                )

    Plaintiff,

                          )

    v.                          )        Case No. 1:08-CV-02234 (RJL)

                          )

U.S. DEPARTMENT OF STATE,                )
U.S. DEPARTMENT OF HOMELAND          )
SECURITY,                                          )

                          )

    Defendants.                               )

                          )

## JOINT PROPOSED SCHEDULE

    Pursuant to the Court's March 16, 2010 Order requiring the parties to submit a proposed

schedule, the parties hereby propose that the deadline for Defendants' motion for summary

judgment be established as July 29, 2010, and that deadlines for Plaintiff's opposition to

Defendants' motion and Defendants' reply memorandum be established *via* the normal operation

of the Court's Local Rules and the Federal Rules of Civil Procedure.

Dated: May 3, 2010                 Respectfully submitted,

CHRISTOPHER E. STRUNK
*Plaintiff Pro Se*

                               TONY WEST
                               Assistant Attorney General

                               ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                               Deputy Branch Director

                               /s/ Brigham J. Bowen
                               BRIGHAM J. BOWEN (D.C. Bar No. 981555)
                               Civil Division, U.S. Department of Justice
                               Federal Programs Branch
                               P.O. Box 883, 20 Massachusetts Ave., N.W.

## EXHIBIT  B

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **Christopher-Earl: Strunk** in esse, | ) | |
| 593 Vanderbilt Avenue #281 | ) | |
| Brooklyn, New York 11238 | ) | |
| 845-901-6767 chris@strunk.ws | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 08-cv-2234 (RJL) |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF STATE et al | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x | | |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Plaintiff's motion for an Order of the Department of

State to release the FOIA requested information,

it is this _____ day of _____, 2010, hereby:


ORDERED that Plaintiff's Motion for an Order of the US Department of State (DOS) for

the FOIA requested information of the DOS, and that the DOS shall release any and all

records of Stanley Ann Dunham, a/k/a Ann Dunham a/k/a Stanley Ann Obama a/k/a Ann

Obama a/k/a Stanley Ann Soetoro a/k/a Ann Soetoro a/k/a Stanley Ann Sutoro a/k/a Ann

Sutoro a/k/a Stanley Ann Dunham Obama a/k/a Ann Dunham Obama, born November

29, 1942 in Kansas, U.S., a.k.a. in that Stanley Ann Dunham Obama and who died on

November 7, 1995 under the name Stanley Ann Dunham Soetoro (a.k.a. Sutoro), SSN:

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, and Declarant is entitled to the release of the documents on or before July

29, 2010 as to the following:

1

a) Any and all U.S. Applications for a U.S. Passport;

b) Entry and Exit Passport Records pertaining to the United States  and Kenya from the period of time of January 01, 1960 to December 31, 1975 and January 1, 1979 to December 31, 1985;

c) Entry and Exit Passport Records pertaining to the United States and Indonesia from the period of time of January 01, 1960 to December 31, 1973 and January 1, 1979 to December 31, 1985;

d) The above travel records on for the dates specified traveling on a U.S. Passport, Kenyan Passport, Indonesian Passport or any other foreign passport

is hereby GRANTED.


SO ORDERED.

_____
**United States District Judge**

U.S. District Court for the District of Columbia

**Strunk v DOS et al.** DCD 08-cv-2234 (RJL)

CERTIFICATE OF SERVICE

On May 1 2010, I, Christopher Earl Strunk, under penalty of perjury pursuant

to 28 USC 1746, caused the service of a copy of the Plaintiff's Notice of

Motion for **AN ORDER OF THE DEPARTMENT OF STATE TO RELEASE**

**THE FOIA INFORMATION REQUESTED FOR STANLEY-ANN DUNHAM**

with supporting declaration with exhibits annexed endorsed May 1, 2010

accompanied by a proposed order that as a complete set was placed in a

sealed folder properly addressed with proper postage served by USPS mail

upon:

Brigham J. Bowen
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044

I do declare and certify under penalty of perjury:

Dated: May ___, 2010
Brooklyn, New York

Christopher- Earl : Strunk in esse
593 Vanderbilt Avenue - #281
Brooklyn., New York 11238
(845) 901-6767  Email: chris@strunk.ws

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHRISTOPHER EARL STRUNK,          )
                                  )
        Plaintiff,                )
                                  )
    v.                            )      Case No. 1:08-CV-02234 (RJL)
                                  )
U.S. DEPARTMENT OF STATE,         )
U.S. DEPARTMENT OF HOMELAND       )
SECURITY,                         )
                                  )
        Defendants.               )
                                  )

## JOINT PROPOSED SCHEDULE

Pursuant to the Court's March 16, 2010 Order requiring the parties to submit a proposed

schedule, the parties hereby propose that the deadline for Defendants' motion for summary

judgment be established as July 29, 2010, and that deadlines for Plaintiff's opposition to

Defendants' motion and Defendants' reply memorandum be established *via* the normal operation

of the Court's Local Rules and the Federal Rules of Civil Procedure.

Dated: May 3, 2010                      Respectfully submitted,



_____                 TONY WEST
CHRISTOPHER E. STRUNK                    Assistant Attorney General
*Plaintiff Pro Se*

                                         ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                         Deputy Branch Director


                                         _____/s/ Brigham J. Bowen_____
                                         BRIGHAM J. BOWEN (D.C. Bar No. 981555)
                                         Civil Division, U.S. Department of Justice
                                         Federal Programs Branch
                                         P.O. Box 883, 20 Massachusetts Ave., N.W.