UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CHRISTOPHER EARL STRUNK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:08-CV-02234 (RJL) |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM IN OPPOSITION TO PLAINTIFF'S**
**MAY 4, 2010 FILING**

*Pro se* Plaintiff Christopher Strunk has filed a document styled as a "Notice of Motion for an Order of the Department of State to Release the FOIA Requested Information of Stanley-Ann Dunham" [Dkt. #35]. The parties recently submitted a status report with a proposed schedule for summary judgment briefing, and the Court has ordered briefing to commence on or before July 29, 2010. Plaintiff, apparently dissatisfied with the fact that briefing has been scheduled without a separate order requiring the Department of State to process and release documents responsive to his Freedom of Information Act request before briefing begins, seeks such an order. The Department of State opposes this request.

The briefing schedule to which the Department agreed was based on a good-faith estimate of the time it will take to process Plaintiff's FOIA request. Naturally, the Department fully expects that processing will be complete prior to the July 29 deadline and any non-exempt records will be released to Plaintiff prior to that date. Although it remains theoretically possible that processing will be delayed, and that the Department may seek an additional extension of

time, that is, at most, a remote possibility. An additional order from the Court to release documents before July 29 — *i.e.*, to do precisely that which the already-established schedule contemplates and presumes — would not only be highly unusual but is wholly unnecessary.

The Department also opposes this request to the extent Plaintiff may seek an order requiring the Department to (a) release records that may be exempt from release under the FOIA, and/or (b) records that Plaintiff did not request in his underlying FOIA requests. *See* Pl.'s Decl. [Dkt. #35] at 2 (requesting release of "any and all records"); *compare id.* at 2-3 (list of records Plaintiff requests to be released) *with* Defs.' Partial Mot. to Dismiss Exs. A, B (Plaintiff's original FOIA requests). Finally, the Department observes that Plaintiff's filing violates LCvR 7(m), in that it is a nondispositive motion and Plaintiff filed it without first conferring with counsel.

For all of the forgoing reasons, the Department opposes Plaintiff's request.

Dated: May 20, 2010

Respectfully submitted,

TONY WEST
Assistant Attorney General

RONALD C. MACHEN, JR.
United States Attorney

ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
Deputy Branch Director

    /s/ Brigham J. Bowen
BRIGHAM J. BOWEN (D.C. Bar No. 981555)
Civil Division, U.S. Department of Justice
Federal Programs Branch
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
(202) 514-6289

brigham.bowen@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of May, 2010, a true and correct copy of the foregoing filing was served upon Plaintiff by first class United States mail, postage prepaid marked for delivery to:

**Christopher E. Strunk**
**593 Vanderbilt Ave., #281**
**Brooklyn, NY 11238**

                                                                           /s/ Brigham J. Bowen
                                                                            Brigham J. Bowen