## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Christopher Earl STRUNK,** §§§ | |
| **Plaintiff,** § | |
| § | |
| **v.** § | **No. 08-CV-2234 (RJL)** |
| § | |
| **U.S. DEPARTMENT OF STATE, and** § | |
| **U.S. DEPARTMENT OF HOMELAND** § | |
| **SECURITY,** § | |
| § | |
| **Defendants.** § | |
| § | |

## DECLARATION OF ALEX GALOVICH

I, Alex Galovich, declare and state as follows:

1. I am the Acting Director of the Office of Information Programs and Services ("IPS")

of the United States Department of State (the "Department"). In this capacity, I am the

Department official immediately responsible for responding to requests for records under the

Freedom of Information Act (FOIA), 5 U.S.C. § 552, the Privacy Act, 5 U.S.C. § 552a, and other

applicable records access provisions. I have been employed by the Department of State since

1974, and have served with the Department's Information Access Program for over twenty years.

As Acting Director, I am authorized to classify and declassify national security information. I

make the following statements based upon my personal knowledge, which in turn is based on a

personal review of the records in the case files established for processing the subject request, and

upon information furnished to me in the course of my official duties.

2. The core responsibilities of IPS include: (1) responding to records access requests

made by the public (under the FOIA, the Privacy Act, the mandatory classification review

requirements of the Executive Order on classified national security information, or the Ethics in

Government Act), Members of Congress, and other government agencies, and those that have

been made pursuant to judicial process, such as subpoenas, court orders, and discovery requests;

(2) records management; (3) privacy protection; (4) national security classification management

and declassification review; (5) corporate records archives management; (6) research; (7)

operation and management of the Department's Library; and (8) the application of technology

that supports these activities.

3. This declaration explains the Department's search for and review of records

responsive to the FOIA requests at issue in this litigation.

## I. ADMINISTRATIVE PROCESSING OF PLAINTIFF'S FOIA REQUESTS
### Request No. 200806553

4. By letter dated October 16, 2008 (Exhibit 1), Mr. Christopher Earl Strunk (the

"Plaintiff") submitted a FOIA request to the Department for "information or records related to

Stanley Ann Dunham born November 29, 1942 at Fort Leavenworth (sic), KS. U.S., a.k.a.

Stanley Ann Dunham Obama a.k.a. (sic) who died on November 7, 1995, under the name

Stanley Ann Dunham Soetoro (a.k.a. Sutoro) for any and or all exit and entry records for travel

outside of the USA for the period between 1960 through 1963."

5. By letter dated January 12, 2009 (Exhibit 2), IPS acknowledged receipt of Plaintiff's

request, and assigned it FOIA case control number 200806553. Plaintiff was advised that based

upon the information contained in his communication, it appeared that the records he sought

would be with the Department of Homeland Security's Bureau of Customs and Border

Protection. IPS provided Plaintiff with the address for that agency and closed FOIA case control number 200806553.

### Request Nos. 200807238 and 200807272

6. On November 22, 2008, Plaintiff submitted an electronic FOIA request via the Department's FOIA website (Exhibit 3) for documents pertaining to:

"1. Stanley Ann Dunham, a/k/a Ann Dunham a/k/a Stanley Ann Obama a/k/a Ann Obama a/k/a Stanley Ann Soetoro a/k/a Ann Soetoro a/k/a Stanley Ann Sutoro a/k/a Ann Sutoro a/k/a Stanley Ann Dunham Obama a/k/a Ann Dunham Obama, born November 29, 1942 at Fort Leavenworth (sic), KS. U.S., a.k.a. Stanley Ann Dunham Obama and who died on November 7, 1995, under the name Stanley Ann Dunham Soetoro (a.k.a. Sutoro) . . ;" and

"2. Barack Hussein Obama, Jr. a/k/a Barry Soetoro . . . ."

Plaintiff specifically requested the following documents for these two persons:

"a. Any and all U.S. Applications for a U.S. Passport;"

" b. Entry and Exit Passport Records pertaining to the United States and Kenya from the period of time of January 01, 1960 to December 31, 1975 and January 1, 1979 to December 31, 1985;"

"c. Entry and Exit Passport Records pertaining to the United States and Indonesia from the period of time of January 01, 1960 to December 31, 1973 and January 1, 1979 to December 31, 1985;"

"d. The above travel records on (sic) for the dates specified travelling on a U.S. Passport, Kenyan Passport, Indonesian Passport or any other foreign passport and/or visa;"

"e. Foreign Birth Certificate registered and filed with the U.S. Embassy, Kenya and /or U.S. Embassy of Indonesia for Barack H. Obama a/k/a/ Barry Soetoro . . . ;"

"f. Foreign Birth Registry filed with the U.S. Embassy, Kenya and/or U.S. Embassy of Indonesia by Stanley Ann Dunham, et al. Registering the birth of Barack H. Obama a/k/a Barry Soetoro. . . ;"

"and g. Adoption Records and/or Governmental "Acknowledgment" wherein Barack H. Obama a/k/a Barry Soetoro was "acknowledged" as Lolo Soetoro, M.A.'s son."

7. Plaintiff stated his willingness to pay $100.00 for the processing of the request. Plaintiff noted that he had made a previous FOIA request for records concerning Stanley Ann Dunham (Obama) on October 17 (sic), 2008, and had received no documents in response to that request. After Plaintiff submitted his request, an automated response acknowledging and summarizing Plaintiff's request was E-mailed to Plaintiff (see Exhibit 3).

8. By letter also dated November 22, 2008 (Exhibit 4), Plaintiff submitted a declaration bearing his signature in support of his request for information about a living person.

9. By letter dated January 12, 2010 (Exhibit 5), IPS acknowledged Plaintiff's FOIA request of November 22, 2008, and assigned it case control numbers 200807238 and 200807272. Plaintiff was advised that, with respect to Ms. Dunham, who is widely known as a matter of public record to be deceased, the Department would process the request for records in category (a) of his request under FOIA case control number 200807238. IPS advised Plaintiff that his request was placed in the category of "All Other Requesters" for fee purposes, and noted his willingness to pay fees up to $100.00.

10. IPS further advised Plaintiff that the other aspects of his FOIA request were assigned case control number 200807272. IPS informed Plaintiff that it appeared that any records listed in categories (b), (c) and (d) of his November 22, 2008 request would be with the Department of Homeland Security's Bureau of Customs and Border Protection or with the National Archives.

5

IPS provided Plaintiff with the addresses of those agencies.   IPS also informed Plaintiff that, with respect to records pertaining to Mr. Obama, in all categories (a) through (g), Plaintiff's request did not comply with Department regulations regarding requests for information pertaining to living third parties, and was therefore, deemed invalid.   Before IPS can process a request for a third party's passport and similar records, the requester must provide the third party's authorization as described in the Department's regulation published at 22 C.F.R. § 171.12(a).   In this regard, Plaintiff was advised that his declaration submitted with his letter dated November 22, 2008, did not suffice, as it was signed by Plaintiff rather than the individual to whom the records pertain and thus does not serve to waive that individual's privacy interests. IPS also advised that, to the extent they exist, the records Plaintiff sought about Mr. Obama would be personal records subject to the Privacy Act of 1974; their release would not shed light on the activities of the U.S. government, and as such, without the individual's authorization, they would have to be withheld under FOIA exemption 6, 5 U.S.C. § 552(b)(6).

11. In the same letter IPS advised Plaintiff that his request for expeditious processing had been denied, informed Plaintiff of his right to appeal the denial of expedition and enclosed a copy of the Department's expeditious processing criteria. IPS also advised Plaintiff that his request for records in categories (b) through (g), as well as records pertaining to Mr. Obama in category (a) of his November 22, 2008, request had been closed. IPS advised Plaintiff that if he wished to resubmit his request that he should include as much information as possible. In particular, IPS requested that that Plaintiff specify the nature and time frame of the records in categories (e), (f) and (g) of his November 22, 2008 request.

12. By letter dated July 29, 2010 (Exhibit 6), the Office of Passport Services advised Plaintiff the search of its records had been completed and resulted in the retrieval of six

*Alex Galovich Declaration*

documents responsive to his request number 200807238. Of these, all documents were released in full. Plaintiff was advised in that letter that Passport Services did not locate a 1965 passport application referenced in an application for amendment of passport. The Department concluded it was likely destroyed as part of a records disposition project in the 1980s in which routine passport applications and other non-vital records from 1925-1968 were destroyed in accordance with continued requests from the General Services Administration to reduce the amount of space used to store routine passport records and other non-vital records (Exhibit 7). Passport Services further advised Plaintiff that passport records typically consist of applications for United States passports and supporting evidence of United States citizenship; passport records do not include evidence of travel such as entrance/exit stamps, visas, residence permits, etc., since this information is entered into the passport book after issuance.

## II. THE SEARCH PROCESS

13. When the Department receives a FOIA request, IPS evaluates the request and determines which offices, overseas posts, or other records systems within the Department may reasonably be expected to contain the records requested. This determination is based on the description of the records requested, and requires a familiarity with the Department's records system holdings, applicable records disposition schedules, and the substantive and functional mandates of numerous Department offices and Foreign Service posts. Factors such as the nature, scope, and complexity of the request itself are also relevant.

14. Upon evaluation of Plaintiff's FOIA request (200807238), IPS determined that the Office of Passport Services would be the only office that would reasonably be expected to maintain the records requested. Passport Services is charged with issuing passports to U.S.

citizens, and issues some 15 million passports per year through 25 domestic agencies. Passport

issuance by overseas U.S. Embassies and Consular posts is now supported by three domestic

national processing centers. The Passport Information Electronic Records System (PIERS) is an

electronic database that includes the records of some 144 million passports that have been issued

from 1978 to the present. The Department of State also maintains paper records of some

passport applications.

15. Passport Services conducted numerous searches of PIERS using the names

DUNHAM, Stanley Ann; SOETORO, Stanley Ann; and, SUTORO, Stanley Ann. Passport

Services also conducted numerous searches of the paper records using the names provided in

Plaintiff's November 22, 2008 FOIA request, _viz._ DUNHAM, Stanley Ann; DUNHAM, Stanley

Ann Obama; OBAMA, Stanley Ann; SOETORO, Stanley Ann; SOETORO, Stanley Ann

Obama; and SUTORO, Stanley Ann Obama. As a result of these repeated searches of all records

systems reasonably likely to contain the requested records, six responsive passport records were

located. No record of a 1965 passport application referenced in an application for amendment of

passport in the name of Stanley Ann Dunham was located as noted in paragraph 12 above.


## CONCLUSION

16. In summary, the Department conducted multiple searches in an exhaustive effort to

locate the records sought by the Plaintiff in regard to his FOIA request number 200807238. As a

result of these searches, the Department located six documents responsive to Plaintiff's request.

8

The Department reviewed these documents for reasonable segregation of non-exempt information and determined that all documents may be released in full.

* * *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this _29_ day of July 2010

_____
Alex Galovich

Christopher Earl Strunk
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238

October 16, 2008

UNITED STATES DEPARTMENT OF STATE
2201 C Street N.W
Washington D.C 20520

Attn: FOIA Information Officer

Subject: Freedom of Information Act Request
for travel records of Stanley Ann Dunham (Obama).

To whom it may concern,

As of right under the Freedom of Information Act, 5 U.S.C.
subsection 552, I am requesting information or records related to Stanley
Ann Dunham born November 29, 1942 at Fort Leavenworth KS. U.S., a.k.a.
Stanley Ann Dunham Obama a.k.a. and who died on November 7, 1995
under the name Stanley Ann Dunham Soetoro (a.k.a. Sutoro) for any and or
all exit and entry records for travel outside of the USA for the period
between 1960 through 1963.

If there are any *fees* for searching for, reviewing, or copying the
records, please let me know before you task my request.

If you deny all or any part of this request, please cite each specific
Exemption you think justifies your refusal to release the information and
notify me of appeal procedures available under the law.

Sincerely yours,

Christopher Earl Strunk



United States Department of State

*Washington, D.C. 20520*

Case Number 200806553

Mr. Christopher Earl Strunk
593 Vanderbilt Ave. # 281
Brooklyn, NY 11238

Dear Mr. Strunk:

This is in response to your Freedom of Information Act/Privacy Act
(FOIA/PA) request, dated October 16, 2008 for any and all entry and exit
records for travel outside of the United States from 1960 through 1963 for
Stanley Ann Dunham.

Based upon the information contained in your communications, it appears
that the records you seek are with the Homeland Security's Bureau of
Customs and Border Protection. Accordingly, you should direct your request
to:

Bureau of Customs and Border Protection
Mark Hanson
Director
FOIA Division
799 9th Street, NW
Mint Annex
Washington, DC 20229
telephone number: (202) 325-0150
fax number: (202) 325-0154

For further communications with respect to this request, see our contact
information at the bottom of this page.

We hope we have been of service to you.

Sincerely,

Patrick Scholl, Chief
Requester Communications Branch
ISO 9001:2000 Certified

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
     *Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

Thank you. Your request has been submitted.

This is a request filed under the Freedom of Information Act.                    Return to FOIA Request Generator

Request Date: 11/22/2008
Request Reference Number: B8475                                                  Return to FOIA Home Page

The time period of my request is between 1/1/1960 and 12/31/1985

Description of request:
As a matter of statutory responsibility by act of Congress the U.S. Department is to
maintain records for the below listed natural persons and that pursuant to the Freedom
of Information Act are to turn over the following documents on the following individual:
1. Stanley Ann Dunham, a/k/a Ann Dunham a/k/a Stanley Ann Obama a/k/a Ann
Obama a/k/a Stanley Ann Soetoro a/k/a Ann Soetoro a/k/a Stanley Ann Sutoro a/k/a
Ann Sutoro a/k/a Stanley Ann Dunham Obama a/k/a Ann Dunham Obama, born
November 29, 1942 at Fort Leavenworth KS. U.S., a.k.a. Stanley Ann Dunham Obama
and who died on November 7, 1995 under the name Stanley Ann Dunham Soetoro (a.k.a.
Sutoro), SSN: 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; and 2. Barack Hussein Obama, Jr. a/k/a Barry Soetoro Date
of Birth: August 4, 1961 and The following documents for subject (1) and (2): a. Any
and all U.S. Applications for a U.S. Passport; b. Entry and Exit Passport Records
pertaining to the United States and Kenya from the period of time of January 01, 1960 to
December 31, 1975 and January 1, 1979 to December 31, 1985; c. Entry and Exit
Passport Records pertaining to the United States and Indonesia from the period of time
of January 01, 1960 to December 31, 1973 and January 1, 1979 to December 31, 1985;
d. The above travel records on for the dates specified travelling on a U.S. Passport,
Kenyan Passport, Indonesian Passport or any other foreign passport and/or visa; e.
Foreign Birth Certificate registered and filed with the U.S. Embassy, Kenya and/or U.S.
Embassy of Indonesia for Barack H. Obama a/k/a Barry Soetoro, Date of Birth: August
4, 1961; f. Foreign Birth Registry filed with the U.S. Embassy, Kenya and/or U.S.
Embassy of Indonesia by Stanley Ann Dunham, et al. Registering the birth of Barack H.
Obama a/k/a Barry Soetoro, Date of Birth: August 4, 1961; and g. Adoption Records
and/or Governmental "Acknowledgment" wherein Barack H. Obama a/k/a Barry
Soetoro was "acknowledged" as Lolo Soetoro, M.A.'s son.

For faster processing please restrict the parameters of this FOIA request to the State Archiving
System (SAS)--over 25 million electronic records consisting of telegrams from mid-1973 to
present.     IF APPLICABLE ETHONWISE OMIT                       11/22/08

I am willing to pay fees for this request up to a maximum of $100.00

In order to help to determine my status to assess fees, you should know that I am

        a representative of the news media affiliated with                          and this
        request is made as part of a news gathering effort and not for commercial use.(Additional
        documentation or comments will be required. See

        affiliated with an educational or noncommercial scientific institution, and this request is made for a
        scholarly or scientific purpose and not for commercial use.(Additional documentation will be required.
        See

    o   an individual seeking information for personal use and not for commercial use.

        affiliated with a private corporation and am seeking information for use in the company's business.

GALOVICH DECLARATION
Civil Action No. 1:08-02234
Exhibit 3

Additional Comments

As a matter of record and follow-up: On October 17, 2008, I filed a FOIA request
regarding Stanley Ann Dunham (Obama)for the period from 1960 through 1963, via
United States Postal Service, Certified Mail, Return Receipt Requested; That on October
30, 2008, Respondent agent signed the return receipt for the FOIA request; and That as
of this date November 21, Petitioner has still not receive any response, as required
pursuant to 5 USC 552.

Thank you for your consideration of my request. Sincerely,
Christopher Earl Strunk.

E-mail Address:
cestrunck@yahoo.com


Street Address:
593 Vanderbilt Avenue - #281
Brooklyn, New York
11238

Telephone Number: 845-901-6767
Fax Number:

Print

Casto, Mary T

| | |
|---|---|
| From: | FOIA Request [FOIA@state.gov] |
| Sent: | Saturday, November 22, 2008 12:38 PM |
| To: | Christopher Earl Strunk |
| Subject: | FOIA Request Letter B8475 |

Thank you for filing your FOIA request online on 11/22/2008. The process for completing your request will now begin. Here is a review of your request.

The search will be restricted to the State Archiving System.

I am willing to pay $100.00 for my request.

I am an individual seeking information for personal use and not for commercial use.

·The time period of my request is between 1/1/1960 and 12/31/1985

The records I request can be described as follows:

As a matter of statutory responsibitlty by act of Congress the U.S. Department is to maintain records for the below listed natural persons and that pursuant to the Freedom of Information Act are to turn over the following documents on the following individual:
1.      Stanley Ann Dunham, a/k/a Ann Dunham a/k/a Stanley Ann Obama a/k/a Ann Obama a/k/a Stanley Ann Soetoro a/k/a Ann Soetoro a/k/a Stanley Ann Sutoro a/k/a Ann Sutoro a/k/a Stanley Ann Dunham Obama a/k/a Ann Dunham Obama, born November 29, 1942 at Fort Leavenworth KS. U.S., a.k.a. Stanley Ann Dunham Obama and who died on November 7, 1995 under the name Stanley Ann Dunham Soetoro (a.k.a. Sutoro), SSN: 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; and
2.      Barack Hussein Obama, Jr. a/k/a Barry Soetoro  Date of Birth:  August 4, 1961 and

The following documents for subject (1) and (2):

a.      Any and all U.S. Applications for a U.S. Passport;
b.      Entry and Exit Passport Records pertaining to the United States  and Kenya from the period of time of January 01, 1960 to December 31, 1975 and January 1, 1979 to December 31, 1985;
c.      Entry and Exit Passport Records pertaining to the United States and Indonesia from the period of time of January 01, 1960 to December 31, 1973 and January 1, 1979 to December 31, 1985;
d.      The above travel records on for the dates specified travelling on a U.S. Passport, Kenyan Passport, Indonesian Passport or any other foreign passport

and/or visa;

e.     Foreign Birth Certificate registered and filed with the U.S. Embassy, Kenya and/or U.S. Embassy of Indonesia for Barack H. Obama a/k/a Barry Soetoro, Date of Birth: August 4, 1961;

f.     Foreign Birth Registry filed with the U.S. Embassy, Kenya and/or U.S. Embassy of Indonesia by Stanley Ann Dunham, et al. Registering the birth of Barack H. Obama a/k/a Barry Soetoro, Date of Birth: August 4, 1961; and

g.     Adoption Records and/or Governmental "Acknowledgment" wherein Barack H. Obama a/k/a Barry Soetoro was "acknowledged" as Lolo Soetoro, M.A.'s son.

My additional comments are as follows:  As a matter of record and follow-up:

On October 17, 2008, I filed a FOIA request regarding Stanley Ann Dunham (Obama) for the period from 1960 through 1963, via United States Postal Service, Certified Mail, Return Receipt Requested;

That on October 30, 2008, Respondent agent signed the return receipt for the FOIA request; and

That as of this date November 21, Petitioner has still not receive any response, as required pursuant to 5 USC 552.

Christopher Earl Strunk
cestrunck@yahoo.com
593 Vanderbilt Avenue - #281
Brooklyn
New York
11238
845-901-6767

Reference Number: B8475

Christopher Earl Strunk
593 Vanderbilt Avenue - #281
Brooklyn, New York 11238

November 22, 2008

Office of Information Programs and Services
A/ISS/IPS/RL
U. S. Department of State
Washington, D. C. 20522-8100

Subject: Freedom of Information Act request support
Declaration related to Reference Number: B8475.

Dear FOIA Officer:

The required declaration with original signature under 28 USC 1746 for the
request with the referenced number that seeks *personal information about a
living person*, is herewith for your information and us, along with a
confirmation copy of the actual FOIA request detailed and generated on this
date.

Importantly, as a follow-up to my FOIA request of October 17, 2008, having
been recorded as received by the FOIA officer on October 30, 2008, for
which I have not received any response, a copy is attached herewith.

Theses matters are urgent and require expedited handling as time is of the
essence and involve matters of irreparable harm if not handled expeditiously.

Sincerely yours,

Christopher Earl Strunk

Attached:

Declaration with original signature;
Copy of the FOIA request ref. no. B8475.
Copy of FOIA request received October 30, 2008.

GALOVICH DECLARATION
Civil Action No. 1:08-02234
Exhibit 4

1

Subject: Freedom of Information Act request support

Declaration related to Reference Number: B8475.

I, Christopher Earl Strunk, declare under penalty of perjury, pursuant to 28
U.S.C. §1746 as follows:

1.      I am petitioner with place for service at 593 Vanderbilt Avenue
#281 Brooklyn, New York 11238; Email: cestrunck@yahoo.com with Cell-
(845) 901-6767.

2.      This declaration is in support of my Freedom of Information
Act request related to Reference Number: B8475; and

3.      The required declaration with original signature under 28 USC
1746 for the request that seeks *personal information about a living person.*

Respectfully submitted for relief as time is of the essence with imminent
irreparable harm that would result.

Dated: November 2 8, 2008
        Brooklyn New York

Christopher Earl Strunk

cc:

Office of Information Programs and Services
A/ISS/IPS/RL
U. S. Department of State
Washington, D. C. 20522-8100



**United States Department of State**

*Washington, D.C. 20520*

JAN 1 2 ...

Case Number 200807238

Case Number 200807272

Mr. Christopher Earl Strunk
593 Vanderbilt Ave. # 281
Brooklyn, NY 11238

Dear Mr. Strunk:

This is in response to your Freedom of Information Act (FOIA) request,
dated November 22, 2008, for copies of the following documents concerning
Stanley Ann Dunham or Barack Hussein Obama:

(a) Any and all applications for a U.S. passport;
(b) Entry and exit passport records pertaining to the U.S. and Kenya
     between January 1, 1960 and December 31, 1975 and also between
     January 1, 1979 and December 31, 1985;
(c) Entry and exit passport records pertaining to the U.S. and Indonesia
     between January 1, 1960 and December 31, 1973 and also between
     January 1, 1979 and December 31, 1985;
(d) The above travel records on any U.S. or foreign passport and/or visa;

In addition, your request seeks:

(e) and (f) Foreign birth registry or certificate registered and filed with the
     U.S. Embassy in Kenya or Indonesia by Stanley Ann Dunham
     registering the birth of Barack H. Obama;
(g) "Adoption records and/or Governmental 'Acknowledgment' wherein
     Barack H. Obama . . . was 'acknowledged' as Lolo Soetoro, M.A.'s
     son."

GALOVICH DECLARATION
Civil Action No. 1:08-02234
Exhibit 5

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
     *Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

With respect to Ms. Dunham, who is widely known as a matter of public record to be deceased, we will process your request for records in category (a) above. This aspect of your request has been assigned case processing number 200807238. For faster processing, please refer to this number in any future correspondence about this aspect of your request. You have stated your willingness to pay the fees incurred in the processing of this request up to $100.00. Based upon the information that you have provided, we have placed you in the requester category checked below. This request will be processed in accordance with the fee schedule designated for that category (see 22 C.F.R. Part 171, enclosed).

- [ ] Commercial Use Requesters – Requires us to assess charges that recover the full direct costs of searching for, reviewing for release, and duplicating the record(s) sought.
- [ ] Educational Institution Requesters – Requires us to assess charges that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.
- [ ] Non-commercial Scientific Institution Requesters – Requires us to assess charges that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.
- [ ] Representatives of the News Media – Requires us to assess charges that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.
- [x] All Other Requesters – Requires us to assess charges that recover the full reasonable direct cost of searching for and duplicating the record(s) sought, after the first 100 pages of duplication and the first two hours of search time.

We will notify you of the costs incurred in processing your request as soon as we have completed the search for, and review of, any responsive documents. As noted below, your request for expedited processing has been denied. Although we will make every effort to complete processing of your request quickly, unusual circumstances in this case may affect the time required to provide you with the documents you have requested. These unusual circumstances include the need to search for and collect the requested records from separate and distinct Department offices. Unusual circumstances may also arise from the need to search for, collect, and

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

appropriately examine a voluminous amount of separate and distinct records that are demanded in a single request, or from the need for consultation with another agency having a substantial interest in the determination of the request or among two or more components of the Department that have a substantial subject matter interest therein.  If needed, such consultation will be conducted with all practicable speed.  If at any point you no longer need the information requested and wish to withdraw your FOIA request, please let us know.

The other aspects of your request have been assigned case control number 200807272 and have been closed in our system, for the reasons described below.

The Department of State would not reasonably maintain any records of the sort listed in categories (b), (c), and (d) above.  It appears that, if any such records are maintained by the U.S. Government at all, they would be with the Department of Homeland Security's Bureau of Customs and Border Protection or with the National Archives, to which many older government records are accessioned.  The addresses for those entities, if you wish to submit a FOIA request for these records, are:

> Bureau of Customs and Border Protection
> Mark Hanson
> Director
> FOIA Division
> 799 9th Street, NW
> Mint Annex
> Washington, DC 20229
> Telephone number: (202) 325-0150
> Fax number: (202) 325-0154

> National Archives and Records Administration
> 8601 Adelphi Road, Room 3110
> College Park, MD  20740-6001

With respect to records pertaining to Mr. Obama, in all categories (a) through (g) above, your request does not comply with our regulations

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
     *Website: www.foia.state.gov*

*Inquiries:*
*Phone:  1-202-261-8484*
*FAX:  1-202-261-8579*
*E-mail:  FOIAStatus@state.gov*

regarding requests for information pertaining to living third parties, and has therefore been deemed invalid. Before we can process a request for a third party's passport and similar records, we need the third party's authorization as described below and in our regulations published at 22 C.F.R. § 171.12(a).

In general, access to information about living private individuals cannot be given to unauthorized third parties absent the individuals' written consent.

The State Department requires that written consent be in the form of a signed, notarized statement from the individual(s), authorizing the Department of State to release information to the other party. The statement should bear the **original signature** of the individual and **original seal of the notary**, and be dated within six months of the date of the request.

In lieu of notarization, the individual to whom the records pertain may make the following statement: "I declare, certify, verify or state under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct." Such a statement must be forwarded to us **with a current date** and an **original signature** (faxed photocopies cannot be accepted).

The declaration you provided with your request unfortunately does not suffice, as it is signed by you rather than the individual to whom the records pertain and thus does not serve to waive the other individual's privacy interests. To the extent they exist, the records you seek about Mr. Obama would be personal records subject to the Privacy Act of 1974; their release would not shed light on the activities of the U.S. government, and as such without the individual's authorization they would have to be withheld under FOIA exemption 6, 5 U.S.C. § 552(b)(6).

## Expedited Processing

Our published regulations regarding expedition, 22 C.F.R. 171.12(b), require a specific showing of a compelling need. Expeditious processing is granted only in the following situations: (1) imminent threat to the life or physical safety of an individual; (2) urgent need by an individual primarily engaged

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
  *Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

in disseminating information in order to inform the public concerning actual or alleged Federal Government activity, and the information is urgently needed in that a particular value of the information would be lost if not disseminated quickly; (3) substantial humanitarian reasons; and (4) loss of substantial due process rights. Your request does not provide adequate justification for any of the established criteria. Regrettably, we must advise that you have not provided adequate justification for expedition, and we note that mere relation to an imminent election does not justify expedited processing under the FOIA. However, you may be assured that we will make every effort to process your request in as timely a manner as possible.

For your convenience, I have enclosed a copy of the Department's expeditious processing criteria. If you wish to appeal the denial of expedition, you may write to the Chief, Requester Liaison Division, at the address below, within 30 days of receipt of this letter.

## Additional Information and/or Clarification

The Department of State is responsible for formulating and executing U.S. foreign policy and primarily maintains records dealing with U.S. foreign relations. The Department also maintains records of applications from U.S. citizens for U.S. passports, and visa requests from non-citizens to enter the U.S., records on consular assistance provided to U.S. citizens abroad, and records of its own employees. The Department of State is comprised of hundreds of offices and overseas posts, so requesters should be specific about the records they seek.

If you do re-submit your request, we would ask that you include as much information as possible about the information requested. As the Department of State consists of hundreds of offices and overseas posts, with many different filing systems, your request should be specific, detailed, and include as much information as might be relevant. In particular, we would request that you specify the nature and time frame of the records in categories (e), (f), and (g) above. When would these records have been provided to the Department of State or the U.S. Embassies mentioned in your request? What sort of "Governmental 'Acknowledgment'" is

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

contemplated in category (g), and why would the Department of State have such a record?

Please be advised that your request for any records in categories (b) through (g) listed above, as well as your request for records pertaining to Mr. Obama in category (a), has been closed in our system. If, after noting the information cited above, you wish to pursue your request for such records, please send us a new request, which would include the additional information noted above.

For further communications, please note our contact information at the bottom of this page. You may also refer to our website for general information and guidelines. As noted above, we can provide faster service if you include the relevant case processing number in your communications with us.

We are pleased to be of service to you.

Sincerely,

Patrick Scholl, Chief
Requester Communications Branch
*ISO 9001:2000 Certified*

Enclosures:
    As stated.

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
    *Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

It appears that you are requesting expeditious processing under our regulations at 22 CFR 171.12 (b) (2), which states "The information is urgently needed by an individual primarily engaged in disseminating information in order to inform the public concerning actual or alleged Federal Government activity...(i) Urgently needed. The information has a particular value that will be lost if not disseminated quickly. Ordinarily this means a breaking news story of general public interest. Information of historical interest only or information sought for litigation or commercial activities would not qualify, nor would a news breaking nature of the information. (ii) Actual or alleged Federal Government activity. The information concerns some actions taken, contemplated, or alleged by or about the government of the United States, or one of its components or agencies including the Congress." The Department interprets the term "breaking news story of general public interest" as meaning a matter that is the subject of current news coverage or is a currently unfolding news story. This means that the information requested must relate to a matter of current urgency to the American public where a reasonable person might conclude that the consequences of delaying a response would compromise a significant recognized interest. The public's right to know although of significant and important value, is not by itself sufficient to satisfy this standard. Regrettably, your letter does not satisfy this requirement of the statute and our regulations, and therefore your request for expeditious processing is denied.

If you wish to appeal the denial of expedition, you may write to the Chief, Requester Liaison Division, at the address below, within 30 days of receipt of this letter.



United States Department of State

*Washington, D.C.   20520*

**JUL 2 9 2010**

In reply refer to:
CA/PPT/L/LE – Case Control Number:  200807238

Christopher E. Strunk
593 Vanderbilt Avenue, #281
Brooklyn, NY 11238

Dear Mr. Strunk:

The following is in response to your request to the Department of
State, dated November 22, 2008, requesting the release of material under the
provisions of the Freedom of Information Act (5 U.S.C. § 552).

We have completed a search for records responsive to your request.
The search resulted in the retrieval of six documents that are responsive to
your request.  After careful review of these documents, we have determined
that all six documents may be released in full.

We did not locate a 1965 passport application referenced in an
application for amendment of passport that is included in the released
documents.  Many passport applications and other non-vital records from
that period were destroyed during the 1980s in accordance with guidance
from the General Services Administration.

Passport records typically consist of applications for United States
passports and supporting evidence of United States citizenship.  Passport
records do not include evidence of travel such as entrance/exit stamps, visas,
residence permits, etc., since this information is entered into the passport
book after issuance.

GALOVICH DECLARATION
Civil Action No. 1:08-02234
Exhibit 6

This completes the processing of your request.

Sincerely,

Jonathan M. Rolbin, Director
Office of Legal Affairs and Law Enforcement Liaison
Bureau of Consular Affairs
Passport Services

Enclosures:
As stated

PAGE 01       STATE  036146
ORIGIN PPT-01

INFO  LOG-00    ADS-00    EUR-00    SS-00    AF-00    MMO-01   IO-15
      NEA-07    ARA-01    SY-06     AMAD-01  EAP-00   AIT-02   OCS-06
      CA-02     SIG-03    FSI-04    AS-02    A-02     /052 R

DRAFTED BY: CA/PPT/S:RPMCCLEVEY/CA/OCS/CCS/EAP:LMWAUCHOPE:LMW
APPROVED BY: CA/OCS/CCS:CADIPLACIDO
CA/OCS/CCS/EAP:BTHOMAS            EAP/EX:EPOLMON
NEA/EX:BMGERLACH                  EUR/EX:CGARCZYNSKI
ARA/EX:DSCHOEB                    AF/EX:IHICKS
CA/EX:DKPARSONS
                      ----------------141400  060347Z /38

R 060330Z FEB 85 ZEX
FM SECSTATE WASHDC
TO ALL DIPLOMATIC AND CONSULAR POSTS
AMEMBASSY KABUL
AMEMBASSY BEIRUT

UNCLAS STATE 036146

INFORM CONSULS

E.O. 12356:  N/A
TAGS:   CPAS
SUBJECT:   PURGE OF PASSPORT RECORDS

1.  SUMMARY.
.   -------
IN JUNE 1984 THE BUREAU OF CONSULAR AFFAIRS BEGAN A
PROJECT AIMED AT REDUCING THE VOLUME OF NON-PERMANENT
RECORDS BEING STORED AT THE FEDERAL RECORDS CENTER (FRC)
IN SUITLAND, MARYLAND.  A STAFF OF APPROXIMATELY 40
PERSONS WAS HIRED TO CULL THE MORE THAN 125 MILLION
RECORDS WHICH HAD ACCUMULATED AT FRC SINCE 1925.   THE
STAFF, WORKING OUT OF AN OFF-SITE LOCATION IN
HYATTSVILLE, MARYLAND, HAS COMPLETED ITS WORK ON RECORDS
UNCLASSIFIED

PAGE 02       STATE  036146

DATING FROM APRIL 1925 TO NOVEMBER 1961.  THE BUREAU
EXPECTS THAT THE FILE PURGE PROJECT WILL RESULT IN
SIGNIFICANT SAVINGS TO THE GOVERNMENT IN RETRIEVAL COSTS
AS WELL AS REDUCED COSTS OF HAVING TO STORE RECORDS WHICH
HAVE BEEN DETERMINED TO BE NON-PERMANENT AND
NON-ESSENTIAL TO CONSULAR ACTIVITIES.  END SUMMARY.

Dept. of State, ISS/IPS, Margaret P Grafeld, Dir.
(X) Release ( ) Excise ( ) Deny ( ) Declassify
Date 7-26-2010 Exemption _____

GALOVICH DECLARATION
Civil Action No. 1:08-02234
Exhibit 7

2.  BACKGROUND.
    - - - - - - - - - -

SINCE THE LATE 1960'S THE GENERAL SERVICES ADMINISTRATION
HAD PRESSURED THE BUREAU OF CONSULAR AFFAIRS TO REDUCE
THE VOLUME OF PASSPORT APPLICATIONS AND RELATED RECORDS
STORED AT FRC. AT THAT TIME, ORIGINAL PASSPORT RECORDS
WERE RETAINED FOR A PERIOD OF 100 YEARS. THE RETENTION
PERIOD WAS SUBSEQUENTLY REDUCED TO TWENTY YEARS FOR
10-YEAR APPLICATIONS AND FIFTEEN YEARS FOR 5-YEAR
APPLICATIONS. IN 1982, AFTER CONSULTING WITH ALL PRIMARY
BUREAU FILE USERS, THE CA BUREAU DECIDED TO REDUCE THE
HOLDINGS OF RECORDS AT FRC BY ELIMINATING ALL
NON-PERMANENT, ROUTINE RECORDS, RETAINING THOSE RECORDS
OF PERMANENT SIGNIFICANCE INCLUDING THOSE CONTAINING
INFORMATION ON, OR DOCUMENTATION OF, CITIZENSHIP.


3.  RECORDS BEING RETAINED.
    - - - - - - - - - - - - - - - - - - - - - - -

A LISTING OF THE PRIMARY DOCUMENTS BEING RETAINED IS AS
FOLLOWS:
--REPORTS OF BIRTH
--CERTIFICATES OF WITNESS TO MARRIAGE
--CERTIFICATES OF LOSS OF NATIONALITY (WITH ATTACHED
.   FILES)
--REPORTS OF DEATH
--APPLICATIONS WITH DELAYED BIRTH CERTIFICATES OR
UNCLASSIFIED

PAGE 03        STATE   036146

.   SPECIAL REGISTRATIONS ATTACHED
--APPLICATIONS (NATIVE BORN) WITH SECONDARY EVIDENCE
.   OF BIRTH/IDENTITY ATTACHED
--APPLICATIONS OF FOREIGN BORN CITIZENS
--APPLICATIONS INCLUDING FOREIGN BORN CITIZENS
--APPLICATIONS OF WOMEN ACQUIRING CITIZENSHIP THROUGH
.   MARRIAGE
--APPLICATIONS TO RESUME CITIZENSHIP (VOTING IN ITALIAN
.   ELECTIONS BETWEEN 1/1/46 AND 4/18/48)
-APPLICATIONS TO TAKE OATH OF ALLEGIANCE AND
..  RENUNCIATION (SERVICE IN CANADIAN ARMY)
--APPLICATIONS FOR REGISTRATION, INCLUDING APPLICATIONS
.   FOR CERTIFICATES OR CARDS OF IDENTITY, OR CARDS
.   ISSUED FOR BORDER CROSSING PURPOSES.
--REGISTRATION APPLICATIONS
--ALL PHILIPPINE PASSPORT RECORDS
--LOOK-OUT CASES
-POSSIBLE LOSS, NON-ACQUISITION, NON-RETENTION,
.   DENIALS, LIMITATIONS, REVOCATIONS, QUESTIONABLE
.   CITIZENSHIP CLAIMS, ETC. (WITH ATTACHED FILES)

-FRAUDULENT CITIZENSHIP CASES OR CASES INVOLVING
.   FRAUDULENT USE OF PASSPORT

--OUTSTANDING LOANS
· CLASSIFIED FILES.

4.  RECORDS BEING DISCARDED.
.   ------------------------
A LISTING OF THE PRIMARY DOCUMENTS BEING ELIMINATED
FOLLOWS:
--ROUTINE PASSPORT APPLICATIONS FOR NATIVE BORN CITIZENS
.   (WITH OR WITHOUT BIRTH CERTIFICATES OR PHOTOSTATIC
.   COPIES OF BIRTH CERTIFICATES ATTACHED)
--ROUTINE RENEWAL APPLICATIONS
--ROUTINE APPLICATIONS FOR PASSPORTS FOR NATIVE BORN
.   CITIZENS WHERE PREVIOUS PASSPORT USED AS EVIDENCE
UNCLASSIFIED

PAGE 04        STATE  036146

-CORRESPONDENCE OF NON-CITIZENSHIP NATURE
-CHARGE-OUT SHEETS BEFORE 1969.

5.  CURRENT STATUS.
.   --------------
RECORDS DATING FROM APRIL 1925 THROUGH NOVEMBER 1961 HAVE
BEEN PURGED.  THE PROJECT STAFF IS CURRENTLY WORKING ON
RECORDS DATED DECEMBER 1961 - DECEMBER 1965.  THE FILE
PURGE PROJECT WILL CONTINUE THROUGH YEAR 1968'S RECORDS.

POSTS SHOULD BE AWARE THAT PASSPORT APPLICATIONS LISTED
PARA 4 DATING FROM APRIL 1925 THROUGH NOVEMBER 1961 NO
LONGER EXIST.  RECORDS DATED AFTER 1968 WILL BE RETAINED
UNDER THE CURRENT 15/20-YEAR DISPOSAL SCHEDULE.  ALL
1925 - 1968 RECORDS LISTED IN PARA 3 ABOVE WILL CONTINUE
TO BE AVAILABLE UPON REQUEST.   SHULTZ

UNCLASSIFIED

<< END OF DOCUMENT >>