UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LET THIS BE FILED

------------------------------------------------x
)
Christopher-Earl: Strunk © in esse, )
593 Vanderbilt Ave. - 281 Brooklyn N.Y.11238 )
Telephone (845) 901-6767 )
Plaintiff, )
)
v. )  Civil Action No. 08-2234 (RJL)
)  FILED
U.S. DEPARTMENT OF STATE et al. )
)  AUG 2 4 2010
Defendants. )
)  Clerk, U.S. District & Bankruptcy
)  Courts for the District of Columbia
------------------------------------------------x

## PLAINTIFF DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT TO DISMISS

I, **Christopher-Earl: Strunk © in esse,** declare under penalty of perjury,

pursuant to 28 U.S.C. §1746:

1. Declarant / Plaintiff declares opposition to Defendant's Notice of

Motion and Memorandum in Support of Defendants' Motion for Summary

Judgment to Dismiss by Assistant U.S. Attorney Brigham J. Bowen

(Counsel) with Department of State supporting declarations of Alex

Galovich Acting Director of the Office of Information and Programs and

Services of the United States Department of State (DOS) and Dorothy Pullo

Director of the Freedom of Information Division, Office of international

Trade, U.S. Customs and Border Protection (CBP) dated July 29, 2010.

2. Plaintiff opposes Defendants' Motion for Summary Judgment on the grounds that Defendants' agents:

a. have not made a good faith effort to search for and disclose records within the purview of their fiduciary responsibility and duty to safeguard and disclose under 5 USC §552 and related law;

b. have spoliated records associated with the commission of high crimes and misdemeanors perpetrated by John O. Brennan, Barack Hussein Obama (a.k.a. Soebarkah "Barry" Soetoro), Michelle Obama, Eric Holder, Sovereign Military Order of Malta members Hillary Clinton, Robert Mueller, Janet Napolitano, Leon Panetta, Zbigniew Brzezinski and others as yet named in violation of the U.S. Constitution, National Security Act of 1947 and related law including the Foreign Affairs and other laws too numerous to list herein for the purposes of this declaration;

c. have spoliated records associated with the egregious violation of Article 2 Section 1 Clause 5 in regard to a cover-up involving Soebarkah "Barry" Soetoro and Barack Hussein Obama (BHO);

d. that by spoliation and concealment have maliciously aided and abetted BHO to conceal Soebarkah Soetoro's acts of treason [1] having taken the

---

[1] ACTS OF TREASON, inter alia, by Aiding and Abetting: (a) nations, organizations, entities and persons who support and promote terrorism and the overthrow of the USA;

oath of office to uphold the U.S. Constitution and protect the united

States of America and the People against all enemies foreign or

domestic his real name is (plaintiff does not know) and who at birth has a

multiple allegiances simultaneously to Great Britain and Kenya through

his natural father, notwithstanding where Soebarkah Soetoro may have

been born is immaterial in the matter of multiple allegiances under the

requirement of the U.S. Constitution Article 2 Section 1 Clause 5, and

that based upon the facts associated with the documents released to

date Soebarkah Soetoro is an Indonesian Citizen from six years of age

till the present by the BHO adoption by Lolo S. Soetoro Mangunharjo, an

Indonesian  colonel in General Suharto's Armed Forces;

e.  that by spoliation intended to conceal that  Soebarkah Soetoro never

renounced the allegiance to  Great Britain, Kenya and Indonesia, with

citizenship there that when he attained majority he failed to take an oath

(b) willful failure to protect the USA borders for the purpose of unjust enrichment in
commission of crimes by enemies of the People of the USA; (c) the Chinese Red Army
in  acquisition of preferred stockownership in British Petroleum control of  Alaska
Petroleum Production; (d) destruction of the California San Joaquin Valley Agricultural
sector by maliciously withholding water with intent of Chinese Red Army ownership and
control over food production to starve of the People of California and the USA; (e)
creation of a private army dedicated only to his service without allegiance to the US
Constitution; (f) Personal enrichment since 2005 in direct ownership in the
pharmaceutical company that as a US Senator he advanced legislation for to produce a
deadly virus and antidote; (g) as a US Senator he supported and promoted the Election of
Odinga whose acts of genocide were carried out against Christians in Africa by Muslims;
(h) the Chinese Red Army  partnership in the Lippo Group of Indonesia, James Riady
and others in the usurpation of strategic minerals vital to the National Security of the
People of the USA; (i)  violation of the Logan Act and related Foreign Affairs Laws.

of allegiance to the USA and renounce all other allegiances, and that

even upon his marriage to natural Born Citizen Michelle Robinson failed

to take an oath of naturalization required under the Immigration and

Naturalization Act and related law (INA), BHO falsified his application for

admission to the Illinois Bar, and when he affirmed his oath(s) as a

Senator for the Illinois State Senate, U.S. Senate from Illinois, and

POTUS challenged by Declarant, who duly fired him on January 23,

2009 in the matter of BHO multi-allegiances.

f.  have aided and abetted a conspiracy to deny Plaintiff substantive due

    process and equal treatment with 5 USC §552 along with those similarly

    situated to maintain a republican form of government and thereby violate

    Plaintiff's 1st, 5th, 9th and 10th Amendment right to protection associated

    with life, liberty, the pursuit of happiness associated to the right to own

    property including but not limited to the right to contract and expectation

    of honest services associated with the oath of office of each member of

    the Executive Branch including Defendants' Counsel;

    3.  That Plaintiff has employed the expert services of the retired Senior

Border Patrol Agent of the Immigration & Naturalization Service, U.S.

Department of Justice. Philip Hans Jacobsen. who also served as the

leader of the Association of Border Patrol Agents, to make an affidavit in

regard to his applied experience and similar application for passport
documents filed before 1968 along with his analysis supporting Plaintiff's
above summarized contention of Defendants' bad faith herein, see **Exhibit
1 with Sub-exhibits A through F** annexed thereto (the Jacobsen Affidavit).

4.  In the Jacobsen Affidavit the set of circumstances in his own FOIA of
his own mother that coincide with passport and related documents are
dated from May 26, 1953 through October 28, 1985 that generally coincide
with the same time frame of Plaintiffs FOIA requested of Stanley Ann
Dunham with Barack Hussein Obama also named on those documents too.

5.  The DOS / CBP response to Mr. Jacobsen is dated January 25, 2010
by Marionette Pleasant Team Leader, Law Enforcement Liaison Division
Off of Legal Affairs Passport Services shown as Exhibit 1 Sub-exhibit B,
provides a detailed listing of all resultant documents provided during the
same time frame requested without any document missing from the period
1953 through 1985.

6.  That Mr. Jacobsen affirms in the Affidavit facts as to his own FOIA
request that support Plaintiffs challenge to the Defendants response
allegations and facts related to his own FOIA request at Exhibit 1
paragraphs 8 through 12, and as such Plaintiff realleges each and every
allegation contained in the Jacobsen Affidavit paragraphs 8 through 12

shown in Exhibit 1 with the same force and effect as though herein set forth

at length omits it for brevity.

7.  That Plaintiff challenges the July 29, 2010 letter of Jonathan M.

Rolbin, Director of the Office of Legal and Law Enforcement Liaison Bureau

of Consular Affairs Passport Services in the matter with Case Control

Number 200807238 with twelve pages of documents attached shown as

Exhibit 1 Sub-exhibit A  that says:

> "We have completed a search for your records responsive to your request. The search resulted in the retrieval of six documents that *are responsive* to your request. After careful review of the documents, we have determined that all six documents may be released in full."

> Further says

> "We did not locate a l965 passport application referenced in an application for amendment of passport that is included in the released documents. Many, passport applications and other non-vital records from that period were destroyed during the 1980s in accordance with guidance from the General Services Administration."

8.  That Mr. Jacobsen's applied research in his expert capacity is at

paragraphs 15 through 21 on pages 4 through 7 shown as Exhibit 1 and

forms the basis for Plaintiff to challenge the veracity of Defendants' agents

to meet the requirements of 5 USC §552 and the Court herein, and that

Plaintiff contends have committed a fraud upon the court.

9.  That the Jacobsen Affidavit affirms his own FOIA request for

passports records that the DOS provided within the same time frame prior

to 1967 (1953 through 1985) and that type of records requested conflicts with the Defendants' allegations and partial provision of records to Plaintiff.

10. That there is a matter of denial of substantive due process and equal treatment under the law injuring Plaintiff when the July 29, 2010 letter of Jonathan M. Rolbin fails to provide: (a) any legal controlling authority for the alleged destruction; (b) any chain of custody of any of the documents to be provided and or alleged destroyed; (c) any record of security standard operating procedures in use in order to track the whereabouts and custody to audit the records; (d) any kind of Index of documents; (e) any administrative records related to the documents in question; (f) any confirmation of actual destruction; (g) any current administrative records within the October 2008 through present discussing the records requested; and (h) any records and or work product referencing the records after the alleged destruction between the 1980s until the Present.

11. That with regard to Defendants' supporting declarations of Alex Galovich Acting Director of the Office of Information and Programs and Services of the DOS and Dorothy Pullo Director of the Freedom of Information Division, Office of international Trade, U.S. Customs and CBP based upon the above contentions Defendants have failed to proved sufficient facts to which Plaintiff may respond without a more definite

statement provided and accordingly reserves the right to amend and extend

Plaintiff's response at the appropriate time or before trial is had.

12. That as a matter of denial of equal treatment, substantive due

process and spoliation Defendants injures Plaintiff in the handling of the

October 2008 and November 22, 2008 FOIA requests through the present,

and in that regard the Associated Press (AP) reported on July 21, 2010 by

Ted Bridis reported in the Article "AP IMPACT: A political filter for info

requests" reported (see **Exhibit 2**) :

"WASHINGTON - For at least a year, the Homeland Security
Department detoured hundreds of requests for federal records to
senior political advisers for highly unusual scrutiny, probing for
information about the requesters and delaying disclosures deemed
too politically sensitive, according to nearly 1,000 pages of internal e-
mails obtained by The Associated Press.
...

The foot-dragging reached a point that officials worried the
department would get sued, one email shows.

"We need to make sure that we flip these ASAP so we can eliminate
any lag in getting the responses to the requesters," the agency's
director of disclosure, Catherine Papoi, wrote to two of Secretary
Janet Napolitano's staffers. "Under the statute, the requester now has
the right to allege constructive denial and take us to court. Please
advise soonest."

Under the directive, career employees were ordered to provide
Napolitano's political staff with information about people who asked
for records, such as where they lived and whether they were
reporters, and details about their organizations.

If a member of Congress sought such documents, employees were told to specify Democrat or Republican.

A department spokesman, Sean Smith, said the mandatory reviews by political appointees never blocked records that otherwise would have been released.

E-mails obtained by AP do not show political appointees stopping records from coming out. Instead they point to acute political sensitivities that slowed the process, a probing curiosity about the people and organizations making the requests for records and considerable confusion.

The directive laid out an expansive view of what required political vetting.

Anything that related to an Obama policy priority was pegged for this review. So was anything that touched on a "controversial or sensitive subject," that could attract media attention or that dealt with meetings involving business and elected leaders..."

13. It is alleged that beginning before the 2008 General Election the

Defendant in conjunction with other agents in the Executive branch

involving both private citizens and entities along with John O. Brennan,

Barack Hussein Obama, Soebarkah "Barry" Soetoro, Michelle Obama, Eric

Holder, and not limited to Hillary Clinton, Leon Panetta, Robert Mueller,

Janet Napolitano and to others as yet named.

14. That as shown in the docket record of this proceeding on January

23, 2009 Plaintiff replied in protest by email to Defendants' Counsel's

request for an extension of time to respond, and that Plaintiff referenced the

January 12, 2009 Newsmax.com Article (see Exhibit 3) by Ken

Timmerman reporting on the nefarious activities of John O. Brennan and Barack Hussein Obama in the matter of breaking and entering into the US Department of State's passport data base to effect spoliation of documents in criminal violation of law.

15. That before or during the month of March 2008 John O. Brennan, Barack Hussein Obama and their agents (spoliators) entered into a conspiracy for spoliation of government records in violation of the law, and notwithstanding an apology by then Secretary of State Rice after the fact, any apology by whomever does not lessen the matter of spoliators crime having been committed; and by the nature of the act(s) absolutely is an estoppel against use of privacy waiver of access to such documents, bars any waiver to access under privacy, that otherwise without a crime would prevent public access, now mandates that the public see the fruits of such crime by spoliators John O. Brennan, Barack Hussein Obama and their agents acting together in conspiracy.

16. As shown in the record of this proceeding that after January 27, 2009, when Barack Hussein Obama in esse was notified he is fired, fired fired by Plaintiff and when combined with the January 7, 2009 request for permission, the usurpers: Barack Hussein Obama in esse and Eric Holder in esse, committed a fraud upon the Court, in a conspiracy to conceal and

cover-up, substituted Defendants' counsel without due notice to Plaintiff without approval thereby injuring Plaintiff.

17. That there is a continuing conspiracy to defraud involving spoliation and or concealment from the public of official documents under the control of the DOS, the Department of Homeland Security and elsewhere that started according to the DOS's Office of Inspector General (OIG) there was the passport file snooping discovered in March 2008 whose nature was characterized as "imprudent curiosity" by contract employees hired to help DOS process passport applications.

18. However, notwithstanding such OIG characterization, Plaintiff complains is part of the cover-up and effort by Barack Hussein Obama in esse while acting in his official capacity as a U.S. Senator with others to withhold facts essential and germane herein for proving that he is not a natural-born citizen, having multiple Foreign allegiances; and

19. That Plaintiff filed with the Court the evidence of the pattern of concealment by Barack Hussein Obama as the discovery of the conspiracy reported by NewsMax in the press on January 12, 2009, with the theft of the DOS Data Disks containing the Obama passport data from the National Archives believed to be associated with the April 2008 assassination of the material witness Federal Officer Quarles Harris Jr.; and

20. That on February 20, 2009 Plaintiff filed an additional FOIA Request B8984 for the Defendants DOS's OIG severely redacted that obliterated the 104 page Report issued on or about July 4, 2008, and that the DOS OIG FOIA Officer letter in the response on March 19, 2009 provided the 104 page OIG Report entirely redacted despite the fact that the matter was only classified "sensitive but unclassified for public use", and Plaintiff especially objects in light of the above bad actions is germane herein.

21. That the public has an overwhelming need to know what spoliation and cover-up directly pertains to the FOIA request herein and in light of the outrageous acts of spoliation committed by Defendant and others yet named as reported by the AP shown in Exhibit 2 and in Exhibit 3.

22. There is an equal protection issue with substantive due process and spoliation injury to Plaintiff and others similarly situated described by the AP Article and Newsmax shown as Exhibit 2 and Exhibit 3 as a matter complained of before this Court; and as such Plaintiff was contacted by a witness experiencing such injury by treatment of those FOIA requesters similarly situated to Plaintiff for the information on Stanley Ann Dunham.

23. Such additional FOIA Information on Stanley Ann Dunham was also requested by Jeffery Otherson, a Natural Born U.S. Citizen of Port Clinton, Ohio, 07/25/48 - 62 years old with the background from: 1966-1975 - US

Navy; 1976-1980 - U.S. Border Patrol, I&NS, DOJ; 1980-1990 - Business

Owner, Trucking Industry; 1991-1998 - Private Investigations,

Businessman; 1999-2007 - Employee, Wholesale Food Distributor; 2007-

Current - Business Owner, Trucking Industry (licensed both intrastate and

interstate); and Mr. Otherson is located for service at 2570 Biola Avenue

San Diego, CA 92154-4207 Email: *jotherson@cox.net*, Office Phone - (619)

651-7077. see **Exhibit 4**,

24. Mr. Otherson's FOIA request(s) follow a sequential chronology of

events recorded by Mr. Otherson (see **Exhibit 5**) as quoted below:

> **"08/03/09** – I submitted standard FOIA request assigned #2009-06568 via fax (sender's fax machine verified receipt.)
>
> **09/03/09** – I received written notice from State dated 08/28/09 that it will begin processing request #2009-06568.
>
> **09/21/09** – I called to check status of #2009-06568, was informed a search of the records had been started but that no estimate was available for completion.
>
> **09/30/09** – I submitted SIMPLE FAST TRACK FOIA REQUEST assigned #2010-01092 via fax (sender's fax machine verified receipt)
>
> **01/13/10** – I called to request status of both requests and was informed there are no relevant records at State for #2009-06568 and that the request had been forwarded to Passports. I was also informed that there was no record of receipt of #2010-01092, which I then resubmitted via fax (sender's fax machine again verified receipt.)

**01/20/10** – I received a telephone call from State and was informed request #2010-01092 had been "lost" – I again resubmitted via fax (sender's fax machine again verified receipt.)

**03/01/10** – I called to request status on both requests and was informed that both requests were in Passports and that I would receive a call back shortly with the status (no return call was ever received.)
**03/10/10** – I received written notice from State (undated) that it will begin processing request #2010-01092.

**08/03/10** – I called to request status and was informed that both requests are still in Passports, that no further information was available, and that a call to Passports to request status was not possible…"

25. To date Mr. Otherson's FOIA requested information has not been

forthcoming from DOS.

26. Like Mr. Otherson, Plaintiff was singled out for arbitrary and

capricious treatment in violation of his rights referenced by the AP Article

shown as Exhibit 2, and as part of a conspiracy shown in Exhibit 3.

27. That germane to this matter in this instant action before the Court is

that Plaintiff requires a more definite statement on the part of Defendants,

as there is insufficient evidence and facts available for an order of

dismissal; and that Plaintiff provides a timeline of events only through 1971

gleaned from the FOIA evidence released to date shown in Exhibit 1A by

Defendants and documents on Stanley Ann Dunham and her activities:

a. **Sept. 18, 1962** - Lolo Soetoro, a 32-year-old citizen of Indonesia, was

admitted to the United States as an exchange visitor under Section

212(a) of the Immigration and Nationality Act to participate in graduate

studies at the Center for Cultural Technical Interchange between East

and West, University of Hawaii. Lolo Soetoro's program at the University

of Hawaii terminated June 15, 1964. On June 19, 1964, the university

granted permission for him to remain in the United States for practical

training until June 15, 1965.

b. **March 20, 1964** - Stanley Ann Dunham Obama divorced Barack Hussein

Obama in the Circuit Court of the First Circuit, State of Hawaii.

c. **March 24, 1965** - Stanley Ann Dunham marries Lolo S. Soetoro

Mangunharjo in Molokai, Hawaii, as documented by Certificate of

Marriage, License No. 80296, State of Hawaii, Department of Health,

Research, Planning and Statistics Office (to be divorced from Soetoro in

1980);

d. **July 19, 1965 -** Stanley Ann Dunham is issued Passport No. F777788 by

U.S. Department of State (passport application destroyed by State

Department in 1980s). It is unknown whether Dunham had a U.S.

passport prior to 1965, because the State Department claims

(notwithstanding her June 29, 1967 passport amendment application)

her passport records prior to 1968 were destroyed in the 1980s in

accordance with unspecified "guidance" from the General Services
Administration.

e. **Dec. 12, 1966** - Application by Lolo S. Soetoro Mangunharjo to obtain a
waiver of the foreign residency requirements of the student visa that
allowed him to come to Hawaii to attend the University of Hawaii is
denied, as documented by letter dated Dec. 12, 1966, from John F.
O'Shea, district director, U.S. Department of Justice, Immigration and
Naturalization Service. Lolo Soetoro argues that the hostility in Indonesia
made it unsafe for his wife to travel to Indonesia and that the separation
caused by forcing him to return to Indonesia would be a financial
hardship for his wife. The INS rejected the argument, saying in Mr.
Shea's letter Dec. 12, 1966, that the hardship Lolo Soetoro described
was "usual" in such cases.

f. **July 20, 1966** - Lolo Soetoro leaves Hawaii to return to Indonesia,
according to multiple references within DOJ and INS documents.

g. **June 29, 1967** - Dunham applies to the State Department to amend her
U.S. Passport No. F777788 to change her name from Stanley Ann
Dunham to her married name Stanley Ann Soetoro. The marriage to
Lolo Soetoro is listed on the amendment form as having occurred

h. March 15, 1965, in Molokai, Hawaii.

i. **October 1967** - Ann Dunham Soetoro travels from Honolulu, Hawaii, to
   Jakarta, Indonesia, via Japan Airlines, using U.S. Passport No. 777788,
   documented by a request Dunham Soetoro to obtain an exception
   allowing Stanley Ann Dunham Soetoro and or BHO to travel on an
   expired passport as appears on the 1965 Passport as amended 1967.
   The request was granted by the State Department Oct. 21, 1971. In
   1967 Barack Obama accompanies his mother, traveling as a child
   named on her U.S. Passport No. 777788. Obama incorrectly identifies
   the 1967 flight with his mother to Indonesia as being on a Pan Am jet,
   and he recalls a three-day stopover in Japan (Source: Dreams from My
   Father, page 31). State Department records list no other travel to
   Indonesia by Dunham Soetoro from 1967-1971.

j. **Aug. 13, 1968** - Dunham Soetoro applies from Jakarta, Indonesia, to the
   U.S. State Department to renew her Passport No. F777788, issued July
   19, 1965 as amended in 1967, for an additional two years. The passport
   is renewed until July 18, 1970, five years from its issuance.

k. In the same application, she amends her Passport No. F777788 to
   exclude her child, identified as Barack Hussein Obama (Soebarkah),
   from her U.S. passport.

l. **Aug. 15, 1970** - Obama's half-sister, Maya Soetoro-Ng, was born to Lolo

Soetoro and Stanley Ann Dunham Soetoro in Indonesia.

m. 1971, unidentified date - Barack Obama lived in Indonesia for "over three years by that time," discussing a visit with his mother to the U.S. Embassy in Jakarta at an unspecified time before BHO and SADS (traveling together or separately) returned to the U.S. on or before October 20, 1971. (Source: Dreams from My Father, p. 30).

n. "In Indonesia, I had spent two years at a Muslim school, two years at the Catholic school" (Source: "Dreams from My Father," p. 154).

o. Obama was in Indonesia from the time he was 6 years old until age 10, from 1967 to 1971.

p. On an unspecified date in 1971: Barry Barack Hussein Obama Soetoro returns from Indonesia to Hawaii alone, unaccompanied by his mother (Source: "Dreams from My Father," p. 53). Obama asserts he hands his grandparents his U.S. passport upon arrival in Honolulu (Source: Dreams from My Father, p. 54) Passport No. F777788, issued July 19, 1965 as amended in 1967 since he is named therein that he used for such travel and not the August 13 1968 renewal where BHO is removed.

q. Nothing in the released FOIA State Department documents indicates Dunham Soetoro assisted her son in obtaining a U.S. passport in Indonesia after she amended her passport to remove his name.

r. To date, Obama has refuse to release to the U.S. public his State
Department passport records and international travel documentation.

s. Oct. 21, 1971 - U.S. Department of State allows Stanley Ann Dunham
Soetoro to enter the United States on her expired passport No. F777788
not indicating where in was the 1965, 1967 or 1968 edition that expired
in 1970. The State Department exception form notes the departure from
the U.S. related to the trip was the Oct. 1967 flight Stanley Ann Dunham
Soetoro took to Indonesia from Hawaii on Japan Airways.

t. Oct. 20-21, 1971 - Stanley Ann Dunham Soetoro departs from Jakarta,
Indonesia with BHO, on Pan American Airlines Flight No. 812, arriving
Oct. 21, 1971, in Honolulu, Hawaii, traveling on the exception granted by
the State Department on Oct. 21, 1971, to use her expired passport No.
F777788.

u. End of October 1971 - Barack Obama Sr. travels from Kenya to
Honolulu to attend a school reunion at the University of Hawaii and to
visit his son and ex-wife.  Obama's father travels to Hawaii two weeks
after his mother travels from Indonesia to Hawaii; father returns to Kenya
and mother returns to Indonesia after New Year's Day, Jan. 1, 1972.
(Source: "Dreams from My Father," p. 62).

28.  That the matter of Defendants' allegation that the GSA had

destroyed unimportant records before 1967 rings absolutely hollow and false, not only because of the obvious contradiction with the release of documents of similar years shown by Mr. Jacobsen; but because the background of the entire Dunham family is anything but unimportant and that documents are of high value not only to be preserved but used in ongoing investigations back then and into the present.

29. As such Plaintiff summarizes reasons that the records were to be preserved and that at best DOS is being disingenuous with the Court in bad faith:

a.  In 1965, President Sukarno was ousted with the help of Barack Hussein Obama's stepfather Lolo S. Soetoro Mangunharjo.

b. In 1967, Dunham moved with six-year old Barack Obama to Jakarta. In 1966, as Suharto consolidated his power, Colonel Soetoro was battling Communist rebels in the country after return on July 29, 1966.

c. Dunham moved back to Hawaii in 1972, a year after Barry Barak Hussein Obama Soetoro left Indonesia to attend school in Hawaii, and Stanley Ann Dunham in 1980 divorced Lolo Soetoro who had been hired by Mobil Oil Company to be a liaison officer with Suharto's dictatorship. Lolo Soetoro died in 1987 at the age of 52. Stanley Ann Dunham died in 1995, also at the age of 52. Obama, Sr. died in an automobile accident

in Kenya in 1982 at the age of 46. Obama, Sr. attended the University of Hawaii courtesy of a scholarship arranged by Kenyan nationalist leader Tom Mboya. Obama and Dunham married in 1961. However, Obama Sr. and Stanley Ann Dunham Obama officially divorced in March 20,1964, the same year Stanley Ann Dunham claimed to have married Lolo Soetoro March 5, 1964 and again on March 15, 1965.

d.  Obama, Sr. met his old friend Mboya, the Kenyan Minister of Economic Planning and Development shortly before Mboya was gunned down by an assassin in Nairobi in 1969. Kenya's autocratic president Jomo Kenyatta was viewed as being behind the assassination of Mboya, a would-be rival for the presidency. Mboya was 39 when he was assassinated. Obama, Sr. testified at the trial of Mboya's accused assassin and shortly thereafter, Obama, Sr. was the target of an attempted hit-and-run assassination attempt.

e.  In the matter of conflicting facts presented on previous application by Stanley Ann Dunham, the Files released by the State Department on Dunham's name-change passport application lists two dates and places of marriage to Soetoro: March 5, 1964, in Maui and March 15, 1965, in Molokai -- almost a year's difference. In her 1968 passport renewal application, Barack Obama's name is listed as Barack Hussein Obama

(Soebarkah). In passport renewal and amendment applications filed
from Jakarta, Dunham uses two different names: Stanley Ann Dunham
Soetoro and Stanley Ann Soetoro.

f.  Stanley Ann Dunham again applied for a passport from Jakarta in 1981
while working for the Ford Foundation. Her New York-based boss at the
time was Peter Geithner, the father of Obama's Treasury Secretary
Timothy Geithner. Dunham also worked in rural villages in Java for the
US Agency for International Development (USAID).

g.  Stanley Ann Dunham and Barack Hussein Obama's father, Barack
Obama, Sr., a native of the British colony of Kenya, met in a Russian
language class at the University of Hawaii in 1959. The teaching of
Russian in Hawaii, which hosted a number of US military bases and
intelligence operations, is significant since a Russian language class
during the height of the Cold War would normally attract a majority of
U.S. intelligence professionals.

h.  At the time Dunham met Obama, Sr. at Russian-language class at the
University of Hawaii, the CIA was engaged in major covert operations in
Asia, including attempted assassinations of Asian leaders that are
referenced in book "*Confessions of Economic Hitman*" by John Perkins.

i.  At the same time Barry Soetoro was attending Occidental [College in

Los Angeles, 1979-81], BHO used the name Barry Soetoro and an Indonesian passport issued under the same name, traveled to Pakistan during the U.S. buildup to assist the Afghan Mujaheddin. Where informed sources in Kabul stated that Barry Soetoro currently has been extremely friendly, through personal correspondence on White House letterhead, with a private military company that counts among its senior personnel a number of Afghan Mujaheddin-Soviet war veterans who fought alongside the late Northern Alliance commander Ahmad Shah Masood.

j.   That In 1981 while supposedly attending Columbia University, Barry Soetoro spent time in Jacobabad and Karachi, Pakistan, and appeared to have an older American 'handler,'.; and where Barry Soetoro also crossed the border from Pakistan and spent some time in India. At the time of Obama's stay in Pakistan, the country was being built up as a base for the anti-Soviet Afghan insurgency by President Carter's National Security Adviser Zbigniew Brzezinski and later by President Reagan's CIA director William Casey.

k.   It is no secret that BHO has suspiciously refused to release his transcripts from Occidental, Columbia University and Harvard and that he has remained cagey about his post-Columbia employment with

Business International Corporation where his half brother still works.

l.    As referenced above in early 2008, when employees of The Analysis

Corporation, headed up at the time by Obama's current deputy national

security adviser John O. Brennan, a former CIA official, were illegally

accessing Obama's State Department passport files and further reported

by informed sources that in 1981 Barry Soetoro was hosted by the

family of Muhammadmian Soomro, a Pakistani Sindhi who became

acting President of Pakistan after the resignation of General Pervez

Musharraf on August 18, 2008.

m.  Stanley Ann Dunham Soetoro was in Indonesia when the Soviets

invaded Afghanistan in 1979; and when Barry Soetoro visited Lahore,

Pakistan, is where his mother worked as a 'consultant,' in 1981.

n.   According to a declassified Top Secret CIA document titled 'Worldwide

Reaction to the Soviet Invasion of Afghanistan,' dated February 1980,

Indonesia became a hotbed of anti-Soviet student demonstrations after

Moscow's invasion of Afghanistan. The report states:

> "Indonesian students have staged several peaceful demonstrations in
> Jakarta and three other major cities. They have also demanded the
> recall of the Soviet Ambassador because of remarks he made to a
> student delegation on 4 January and have called for a severance of
> Soviet-Indonesian relations.'"

o.  Stanley Ann Dunham having divorced Lolo Soetoro, changed her name

back to her maiden name was in Lahore as a consultant for the Asian
Development Bank.

p. BHO's grandmother, Madelyn Dunham, known to Obama as "Toot";
began working for the Bank of Hawaii in 1960, a year after her daughter
met Obama, Sr. and in 1970 she became one of the first female bank
vice presidents. Madelyn Dunham retired from the bank in 1986. That
the Bank of Hawaii acted as a financial vehicle for American business
operations in Asia and the South Pacific. The Bank of Hawaii has,
including links to the Indonesian Lippo Group and Mochtar Riady's
contributions to the presidential re-election campaign of Bill Clinton;
American International Group (AIG) -- bailed out by BHO; the Nugan
Hand Bank in Australia; the Bank of Credit and Commerce International
(BCCI) and an affiliate bank in the Cook Islands, Commercial Bank of
Commerce Cook Islands, Ltd. (CBCCI) in Rarotonga -- which in the
1980s were funneling money to South Pacific islands to counter Soviet
influence in the region; global bullion trader Deak International;
European Pacific investments; and a company in Honolulu called Bishop
Baldwin Rewald Dillingham Wong (BBRDW), Ltd., which maintained
financial and political links to Asia-Pacific leaders, including Philippines
President Ferdinand Marcos, Prime Minister Rajiv Gandhi of India,

Suharto in Indonesia, the Sultan of Brunei, the chiefs of the New

Zealand Security Intelligence Service -- which acted with South Pacific

small island states, and maintained slush fund accounts in the Cayman

Islands, the Cook Islands, Spain, and South America; and took over the

assets of the collapsed Nugan Hand Bank in Australia, also used actor

Jack Lord, from Hawaii 5-0  fame, on its promotional material as a way

to "open doors" and maintained close links with the U.S. Pacific

Command based in Hawaii.

q.  In the 1960s, the Bank of Hawaii began opening up branches all over

the Pacific: Palau, Guam, Yap, Ponape, and Kosrae. It also bought the

Bank of American Samoa and the First National Bank of Arizona and

had gained significant, if not fully controlling, financial stakes in the Bank

of New Caledonia, Bank Indosuez in Vanuatu, National Bank of the

Solomon Islands, Bank of Queensland, Bank of Tonga, and Bank

Indosuez Niugini in Papua New Guinea, Bank Paribas Polynesia. The

Bank of Hawaii also opened up branches in Suva, Saipan, and Tokyo.

By the time Madelyn Dunham retired in 1986, the bank was also deeply

connected to John Waihee, the first Native Hawaiian governor to Hawaii,

elected in 1986. The Canadian Far East Trading Corporation, also

maintained close links with Waihee and Governor George Ariyoshi.

r. When Barry Soetoro graduated from the private Punahou High School in Hawaii in 1979 and transferred to Occidental College in Los Angeles. Punahou High School was also the alma mater of another US Senator, Hiram Bingham III of Connecticut, who was said to be the inspiration for Indiana Jones, the movie character popularized by George Lucas and Steven Spielberg. At the time, the CIA was engaged in a major recruiting campaign, including on college campuses, after Admiral Stansfield Turner, the CIA director, was ordered by President Jimmy Carter to clean up the agency after previous scandals.

s. The Hawaii-based Asia-Pacific financial operation appears to have been the brain child of Ray S. Cline, a proponent of paying pro-American strongmen around the world large sums of cash to ensure their loyalty, including Mobutu Seso Seko of Zaire, King Hussein of Jordan, Chiang Kai-shek in Taiwan, General Lon Nol of Cambodia, the Shah of Iran, Suharto, and Marcos. Helping to assist these operations was Madelyn Dunham who was in charge of the Bank of Hawaii's secretive escrow account business.

t. During her grandson's presidential campaign in 2008, Madelyn Dunham refused all media interview requests. She died in Hawaii two days before her grandson was elected president. With the death of "Toot," the early

chapters of the life of Barack Obama, Jr., his father, mother, and

stepfather buried – the Public has a right to know about these matters.

30. If only for the above facts and reasons, Plaintiff will not believe the

records were somehow eaten by the dog without the DOS provision of

proof that the GSA backed up a forklift to put them into a dumpster doesn't

wash as alleged in the DOS letter shown as Exhibit 1 A:

> "We did not locate a 1965 passport application referenced in an
> application for amendment of passport that is included in the released
> documents. Many, passport applications and other non-vital records
> from that period were destroyed during the 1980s in accordance with
> guidance from the General Services Administration."

31. Wherefore Plaintiff wishes an order of the Court denying Defendants'

motion for summary judgment to dismiss subject to a more definite

statement of facts by order of Defendants and their agent to provide:

(a) any legal controlling authority for the alleged destruction;

(b) any chain of custody of any of the documents to be provided and

or alleged destroyed;

(c) any record of security standard operating procedures in use in

order to track the whereabouts and custody to audit the records;

(d) any kind of Index of documents;

(e) any administrative records related to the documents in question;

(f) any confirmation of actual destruction;

(g) any current administrative records within the October 2008 through present discussing the records requested; and

(h) any records and work product referencing the records after the alleged destruction between the 1980s until the Present;

(i) assignment of a U.S. Marshal at the DOS Archives to safeguard the records fro9m further tampering until all the additional records are provided or accounted for; and

(j) further and different relief deemed necessary by the Court for justice to be done herein.

Dated: August ⌒ , 2010
        Brooklyn New York

Christopher-Earl: Strunk in esse
593 Vanderbilt Avenue #281
Brooklyn New York 11238
(845) 901-6767 Email: chris@strunk.ws