## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Christopher-Earl: Strunk** in esse,<br>593 Vanderbilt Avenue #281<br>Brooklyn, New York 11238<br>845-901-6767 chris@strunk.ws,<br><br>                              Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE et al<br><br>                              Defendants.<br>-----------------------------------x | Civil Action No.: 08-cv-2234 (RJL) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the Plaintiff's motion for permission to file a Surreply to the Reply of the Department of State in the motion for summary judgment,

it is this _____ day of _____, 2010, hereby:


ORDERED that permission to for Plaintiff to file a Surreply to Defendants' counsel Reply filed September 16, 2010, and with permission to file Plaintiff's Surreply Memorandum of Law is hereby GRANTED.


SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

1