UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:08-CV-02234 (RJL) |
| ) | |
| U.S. DEPARTMENT OF STATE, ) | |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**OPPOSITION TO PLAINTIFF'S MOTION
FOR LEAVE TO FILE A SURREPLY**

Defendants oppose Plaintiff's motion for leave to file a surreply. The matters raised in Plaintiff's proposed filing (*e.g.*, the Galovich Declaration (and exhibits thereto), the third-party Jacobsen Affidavit, the Department of State's records-disposal actions in the 1980s, Plaintiff's demands for additional documentation and/or discovery, and Defendants' searches for documents) are not new and have been addressed fully in the parties' prior filings, including Plaintiff's multiple oppositions to Defendants' motion for summary judgment. *Robinson v. Detroit News, Inc.*, 211 F. Supp. 2d. 101, 112 (D.D.C. 2002) ("The standard for granting leave to file a surreply is whether the party making the motion would be unable to contest matters presented to the court for the first time in the opposing party's reply."); *compare Lewis v. Rumsfeld*, 154 F. Supp. 2d 56, 61 (D.D.C. 2001) ("Because this contention does not involve a new matter but rather an alleged mischaracterization, the court denies the plaintiff's motion.") *with* Pl.'s Prop. Surreply at 2-3 (arguing that Defendants have mischaracterized language in an affidavit); *see also United States v. Baroid Corp.*, 346 F. Supp. 2d 138, 143 (D.D.C. 2004) ("The

matter must be truly new."). Plaintiff's motion, therefore, should be denied.

Dated: September 27, 2010                Respectfully submitted,

                                                              TONY WEST
                                                              Assistant Attorney General

                                                              RONALD C. MACHEN, JR.
                                                              United States Attorney

                                                              ELIZABETH J. SHAPIRO (D.C. Bar No. 418925)
                                                              Deputy Branch Director

                                                                 *s/ Brigham J. Bowen*
                                                              BRIGHAM J. BOWEN (D.C. Bar No. 981555)
                                                              Civil Division, U.S. Department of Justice
                                                             Federal Programs Branch
                                                             P.O. Box 883, 20 Massachusetts Ave., N.W.
                                                             Washington, D.C. 20044
                                                             Ph.     (202) 514-6289
                                                             Fax    (202) 616-8470
                                                             brigham.bowen@usdoj.gov

                                                             *Counsel for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of September, 2010, I caused a true and correct copy of the foregoing document to be served upon Plaintiff by first class United States mail, postage prepaid marked for delivery to:

**Christopher E. Strunk**
**593 Vanderbilt Ave., #281**
**Brooklyn, NY 11238**

            *s/ Brigham J. Bowen*
            Brigham J. Bowen