UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK,<br><br>    Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF STATE,<br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY,<br><br>    Defendants. | Case No. 1:08-CV-02234 (RJL) |

**[PROPOSED] <u>ORDER</u>**
[#__]

Before the Court is Plaintiff's motion for leave to file a surreply [Dkt. #43]. For the reasons set forth in Defendants' opposition to this motion, the Court **DENIES** Plaintiff's motion.

**SO ORDERED.**


September __, 2010                                   _____
                                                     RICHARD J. LEON
                                                     United States District Judge

**NAMES OF PERSONS TO BE SERVED WITH PROPOSED ORDERS, JUDGMENTS AND STIPULATIONS (LCvR 7(k))**

BRIGHAM J. BOWEN
Civil Division, U.S. Department of Justice
Federal Programs Branch
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C. 20044
(202) 514-6289
brigham.bowen@usdoj.gov
*Attorney for Defendants*

CHRISTOPHER E. STRUNK
593 Vanderbilt Ave., #281
Brooklyn, NY 11238
*Pro Se Plaintiff*