UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHRISTOPHER EARL STRUNK, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT ) <br> OF STATE, *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 08-2234 (RJL) |

## ORDER

March 10, 2011

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion for summary judgment [Dkt. #37] is GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE; it is

FURTHER ORDERED that plaintiff's Notice of Motion for an Order of the Department of State to Release the FOIA Requested Information of Stanley-Ann Dunham [Dkt. #35] is DENIED; and it is

FURTHER ORDERED that defendants shall file a renewed motion for summary judgment with respect to plaintiff's FOIA request to U.S. Customs and Border Protection not later than **April 29, 2011**; plaintiff shall file his opposition or other response to the motion not later than **May 27, 2011**; defendants shall file a reply, if any, not later than **June 17, 2011**.

SO ORDERED.

RICHARD J. LEON
United States District Judge